# EXHIBIT "B"

# AFFIDAVIT OF CYNTHIA L. CZUHAJ

I, CYNTHIA L. CZUHAJ, submit this Affidavit pursuant to §1780(d) of the California Code of Civil Procedure, Consumer Legal Remedies Act, and declare the following:

1. I am a named plaintiff in this litigation.

2. If called as a witness I could and would competently testify to the matters included herein.

3. I am informed and believe that the Defendant in this action conducts substantial business activity in the State of California and the County of San Diego, which is located in this District, and therefore this District is a proper place for trial of this action.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this _14_ day of August, 2013 in _Sierra Madre_, California.

_[signature]_
CYNTHIA L. CZUHAJ

570448.1 kjo 3732.030