# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA L. CZUCHAJ, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAIR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 13-cv-1901-BEN (RBB)<br><br>**SCHEDULING ORDER** |

Before this Court is a Joint Motion to Modify the Case Management Order. (Docket No. 82.) For the reasons stated during the hearing held on July 20, 2015, the Joint Motion is **GRANTED in part**. The dates and deadlines are adjusted as follows:

1. The deadline to file a motion for class certification is September 21, 2015. The Court will hold a hearing on the motion on October 19, 2015 at 10:30am.
2. The deadline to file a motion to amend the pleadings is also September 21, 2015.
3. Plaintiffs must serve a list of expert witnesses whom Plaintiffs expect to call at trial by October 19, 2015.

1

13-cv-1901-BEN (RBB)

4. Defendants must serve a list of expert witnesses whom Defendants expect to call at trial by <u>November 16, 2015</u>.

5. Each party may supplement its expert witness list no later than <u>November 30, 2015</u>.

6. All discovery shall be completed by all parties on or before <u>December 21, 2015</u>.

7. All pretrial motions must be filed on or before <u>January 25, 2016</u>.

8. The Parties' memoranda of contentions of fact and law are due on <u>April 18, 2016</u>.

9. The Parties shall meet and confer in accordance with Local Rule 16.1(f)(4) on or before <u>April 25, 2016</u>.

10. The proposed pretrial order is due on <u>May 9, 2016</u>.

11. The Court will hold a pretrial conference on <u>May 16, 2016 at 10:30am</u>.

Further extensions of time will not be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: July 20, 2015

HON. ROGER T. BENITEZ
United States District Judge