FILED

2016 JAN 11 PM 1:29

TH

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA L. CZUCHAJ, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CONAIR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 13-cv-1901-BEN (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR LIMITED MODIFICATION TO SCHEDULING ORDER** |

Before this Court is a Joint Motion for a Limited Modification of the Scheduling Order. (Docket No. 171.) On July 20, 2015, the Court issued a scheduling order stating that all discovery must be completed by December 21, 2015. (Docket No. 95.) The scheduling order also stated that "[f]urther extensions of time will not be granted absent extraordinary circumstances." (*Id.* at 2.)

The parties now request for an extension of the discovery deadline for the limited purpose of conducting five depositions at the witnesses' earliest availability. They also attest that allowing these depositions "will not affect any remaining pretrial dates." (Mot. 5.) The Joint Motion is therefore **GRANTED**. Any remaining pretrial dates will not be

1

1 | moved absent extraordinary circumstances.

2 | **IT IS SO ORDERED.**

4 | Dated: January 11, 2016

HON. ROGER T. BENITEZ
United States District Judge