**ODENBREIT LAW, APC**
KATHERINE J. ODENBREIT (SBN 184619)
kodenbreit@odenbreitlaw.com
16835 Algonquin Street, Suite 221
Huntington Beach, California 92649
Telephone: 888/490-3510; Facsimile: 714/908-7628

**COHELAN KHOURY & SINGER**
TIMOTHY D. COEHELAN (SBN 60827)
tcohelan@ckslaw.com
JEFF GERACI (SBN 151519)
jgeraci@ckslaw.com
605 C Street, Suite 200
San Diego, California
Telephone: 619/595-3001; Facsimile: 619/595-3000

**BISNAR|CHASE LLP**
BRIAN D. CHASE (SBN 164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (SBN 211258)
jbeligan@bisnarchase.com
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999; Facsimile: 949/752-2777

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia L. Czuchaj, a California resident; Angelique Mundy, a Pennsylvania resident; Barbara McConnell, a Michigan resident; and Patricia Carter, a New York resident, individually and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        vs.<br><br>Conair Corporation, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 13CV01901 BEN (RBB)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KATHERINE J. ODENBREIT IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      , 2016<br>Time:    10:30 a.m.<br>Judge:  Hon. Roger T. Benitez<br>Place:  Courtroom 5A<br>       221 West Broadway<br>       San Diego, CA 92101 |

I, KATHERINE J. ODENBREIT, declare and state as follows:

1.    I am an attorney duly admitted to practice before this Court. I am Of Counsel to Mahoney Law Group, APC, and a principal with the law firm of Katherine J. Odenbreit, APC dba Odenbreit Law, APC, co-counsel of record for Plaintiffs and the Settlement Class. If called as a witness, I would competently testify to all facts contained in this declaration.

2.    I am a 1995 graduate of Western State University College of Law in Orange County where I earned both my Bachelor of Science in Law and Juris Doctor Degrees. I have been a licensed practitioner since 1996 and have been admitted to practice in the following courts: Ninth Circuit Courts of Appeals; United States District Court, Southern, Central, Northern and Eastern Districts of California; and all California State Courts.  I have also appeared several times before the Multi District Litigation Panel.

3.    In 2003, I began working as an Associate Attorney with the law firm Spiro, Moss, Barness, Harrison & Barge LLP ("Spiro Moss") in Los Angeles, California. At the time I was there, the firm had 8-10 attorneys primarily representing plaintiffs in employment wage and hour and consumer class actions. In late 2006, Spiro Moss partner, Rene Barge left to open her own firm, Class Action Litigation Group ("CALG"). I became the Director of Litigation for CALG in January 2007. CALG's practice was dedicated to representing plaintiffs in state and federal wage and hour and collective action matters. As the Director of Litigation, I oversaw the litigation of all cases, supervised attorneys and staff, and made key court appearances.

4.    In 2011, I became Administrative Partner of Barge, Petersen & Odenbreit LLP in Irvine, California. Barge, Petersen & Odenbreit was a boutique firm dedicated to representing employees and peace officers in wage and hour and collective actions. The firm represented over 2,500 Los Angeles Police Department officers in complicated wage claims in the Central and Southern District Courts.

Barge, Petersen & Odenbreit LLP was appointed lead or co-lead counsel in numerous state and federal wage and hour class actions.

5.    In January 2012, I was selected to assist in the creation of a practice group, handling consumer and wage and hour class actions, for Hunt Ortmann Palffy Nieves Lubka Darling & Mah, Inc. ("Hunt Ortmann") in Pasadena, California. The practice group included six lawyers, all with complex litigation experience. Two of the attorneys, including myself, had over 15 years experience litigating class actions.

6.    I have been an attorney for nearly 20 years and have dedicated my practice to litigating class action matters on behalf of consumers and employees for the past 13 years. I, and firms I have been associated with, have been appointed as Class Counsel in over thirty (30) class and collective actions, including: *Dibel v. Jenny Craig,* USDC Southern District of California, 06CV2533 JLS (AJB) (FLSA Conditional Certification); *Levine, et al. v. 24 Hour Fitness*, USDC Southern District of California, 02CC00386 and Boyce *v. 24 Hour Fitness,* USDC Southern District of California, 03CV2140 BEN (BLM) (FLSA Conditional Certification/Rule 23 Class Certification-over 40,000 class members); *Harris v. Liberty Mutual Ins. Co.,* JCCP 4234; California Supreme Court Case No. S156555; *Salvador v. PLS Financial Services,* USDC Central District of California; 07CV16810 AHM (CWx); *Lockhart v. County of Los Angeles,* USDC Central District of California, 07CV1680 ABV (CWx); *Oberschlake v. St. Joseph's Hospital,* Orange County Superior Court-Complex Division, 04CC00301; *Solley v. Pier 1 Imports,* JCCP 4373; *Homan et al. v. Downey Savings & Loan,* Los Angeles County Superior Court Case No. BV323796; *Levanoff, et al. v. SoCal Wings, LLC, et al,* Orange County Superior Court Case No. 30-2011-00511808-CU-OE-CXC; *Cervantes v. Crown Buidling Maintenance Co., et al.*, Orange County Superior Court Case No. 30-2013-00684702-CU-OE-CXC.

//

//

Declaration of Katherine J. Odenbreit ISO Plaintiffs' Motion for an Order Granting Preliminary Approval of Class Action Settlement - Case No. 13CV01901 BEN (RBB)

7.     Myself and my firms have been active in cases establishing precedents in class action law, including filing an amicus brief on behalf of the California Employment Lawyers Association in one of the landmark wage and hour class action cases, *Sav-On Drug Stores v. Superior Court,* 34 Cal.4th 319 (2004). More recently, the Supreme Court granted review on a class action on a case for which I was the lead attorney. (*See Faulkinbury v. Boyd & Associates*, 185 Cal.App.4th 1363, review granted October 13, 2010; California Supreme Court Case No. S184995). The Supreme Court remanded the matter to the Appellate Court to reconsider the denial of class certification in light of *Brinker v. Superior Court,* 53 Cal. 4th 1004 (2012). The Appellate Court ultimately reversed denial of class certification. I was lead counsel in *Brennan v. U.S. TelePacific,* Orange County Superior Court, 30-2010-00422317; Fourth Appellate District, Division 3, Case No. G046225. *Brennan* was a consumer class action in which the Court of Appeal upheld the lower court's denial of defendant's motion to compel arbitration, and distinguished the U.S. Supreme Court's *AT&T v. Concepcion* decision.

8.     The first seven (7) years of my legal career my practice was focused on criminal defense and I tried over 30 cases to a jury in both state and federal courts, and handled numerous criminal appeals.

9.     I served as the Chair of the Federal Practice sub-committee of the California Employment Lawyers Association from 2010 to 2012. I have been invited to be a guest speaker at many class action seminars, including those sponsored by Bridgeport, the California Employment Lawyers Association, and the Federal Bar Association.

10.     I, in conjunction with my Co-counsel, attended mediation on August 23, 2016, facilitated by the Hon. Leo Papas (Ret.), and participated in the negotiations. I have been involved with this action since being contacted by Cynthia Czuchaj over three years ago. Based on my involvement with this case from the outset, throughout its extensive litigation, including class certification, and given my

- 4 -

experience in class action law, it is my view the proposed settlement is fair, reasonable, and adequate, and in the best interest of the proposed Settlement Class Members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2016 in Huntington Beach, California.

/s/ Katherine J. Odenbreit
KATHERINE J. ODENBREIT

**ECF Certification**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatory to this document.

Date: November 4, 2016        s/ Jeff Geraci
Jeff Geraci (SBN 151519)
COHELAN KHOURY & SINGER