**ODENBREIT LAW, APC**
Katherine J. Odenbreit (SBN 184619)
  *kodenbreit@odenbreitlaw.com*
16835 Algonquin Street, Suite 221
Huntington Beach, California 92649
Telephone: 888/490-3510; Facsimile: 714/908-7628

**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 60827)
  *tcohelan@ckslaw.com*
Jeff Geraci (SBN 151519)
  *jgeraci@ckslaw.com*
605 C Street, Suite 200
San Diego, California 92101
Telephone: 619/595-3001; Facsimile: 619/595-3000

**BISNAR|CHASE LLP**
Brian D. Chase (SBN 164109)
  *bchase@bisnarchase.com*
Jerusalem F. Beligan (SBN 211258)
  *jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999; Facsimile: 949/752-2777

Attorneys for Plaintiffs and the Certified Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia L. Czuchaj, a California resident; Angelique Mundy, a Pennsylvania resident; Barbara McConnell, a Michigan resident; and Patricia Carter, a New York resident, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Conair Corporation, a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 13CV01901 BEN (RBB) <br><br> **CLASS ACTION** <br><br> SUPPLEMENTAL DECLARATION OF DEBORAH MCCOMB RE: NOTICE PROCEDURES <br><br> Date:  March 23, 2017 <br> Time:  10:30 a.m. <br> Judge:  Hon. Roger T. Benitez <br> Place:  Courtroom 5A <br> 221 West Broadway <br> San Diego, CA 92101 |

- 1 -

I, Deborah McComb, declare:

1.     I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"). I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     This declaration supplements my declaration filed with this Court on February 20, 2017. Docket No. 357-5.

3.     KCC was retained by the parties, and appointed by the Court, to serve as the Claims Administrator to perform, among other tasks, mail and E-mail the Class Notice (the "Notice") and the Claim Form; to publish the Summary Notice in publications as approved by the Court; receive and process Claim Forms, respond to Class Member inquiries; to establish and maintain a settlement website and perform other duties as specified in the Settlement Agreement preliminarily approved by this Court on December 6, 2016.

4.     **CAFA Notification**. In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint for Damages and Equitable Relief, First Amended Complaint for Damages and Equitable Relief, Second Amended Complaint for Damages and Equitable Relief, Conair Corporation's Answer to Plaintiffs' Second Amended Complaint, Plaintiffs' Notice of Motion and Motion for an Order Granting Preliminary Approval of Class Action Settlement, Points and Authorities in Support of Plaintiffs' Motion for Order Granting Preliminary Approval of Class Action Settlement, Declaration of Isam C. Khoury in Support of Plaintiffs' Motion for an Order Granting Preliminary Approval of Class Action Settlement, Declaration of Brian D. Chase in Support of Plaintiffs' Motion for an Order Granting Preliminary Approval of Class Action Settlement, Declaration of Katherine J. Odenbreit in Support of Plaintiffs' Motion for an Order Granting Preliminary Approval of Class Action Settlement, Claim Form, Publication Notice,

Long Form Notice, and Settlement Agreement, which accompanied a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

5.     On November 22, 2016, KCC caused fifty-nine (59) CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office in Memphis, Tennessee to the parties listed on Exhibit B, *i.e.*, the U.S. Attorney General, the Attorneys General of each of the 50 States and the District of Columbia, the Attorneys General of the 5 recognized U.S. Territories, as well as parties of interest to this Action.

6.     **Mailed & E-Mailed Notice**. KCC utilized the class data from the certification phase of this case as the Class Member List, and prepared a data file for the initial mailing.  Prior to mailing, KCC caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service.  A total of 1,111 addresses were found and updated.

7.     On December 21, 2016, KCC caused the Notice and Claim Form (collectively, "the Notice Package") to be printed and mailed to 25,022 names and mailing addresses on the Class Member List. A sample of the Notice Package is attached hereto as Exhibit C.

8.     On December 21, 2016, KCC E-mailed the Summary Notice to 6,614 on the Class Member List with email addresses.  A sample of the Summary Notice is attached hereto as Exhibit D.

9.     As of January 6, 2017, KCC has received a total of 370 bounce backs from the E-Mail campaign.  Notice Packages were then mailed to 367 persons that had mailing addresses.

10.     As of February 17, 2017, KCC has received a total of 25 Notice Packages returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Notice

- 3 -

Packages to be re-mailed to the updated addresses. As of February 17, 2017, KCC has received a total of 1,393 Notice Packages returned by the U.S. Postal Service without forwarding address information. KCC conducted address searches using credit and other public source databases to attempt to locate new addresses for 1,393 of these Class Members. As of February 17, 2017, these searches have resulted in 976 updated addresses. KCC promptly re-mailed Notices Packages to the updated addresses.

11.   **Publication of Summary Notice**. KCC caused the Summary Notice to appear as an approximate quarter-page ad unit in two leading national newspapers. The Summary Notice appeared on page A5 in the *New York Times* and page B6 of the *Wall Street Journal*. Both Summary Notices were published on January 9, 2017. In addition, KCC caused the Summary Notice to appear as a full-page notice in the California and New York state editions of *People* magazine and as a two-fifths digest-size notice in the California and New York state editions of the *Parade* newspaper supplement. The Summary Notice appeared on page 68, within the Half Their Size cover feature "We Lost Half Our Size," in the January 23, 2017 issue of *People* magazine (on sale January 13, 2017). The Summary Notice appeared on page 14, adjacent the Community Table feature "Rice with Superpowers," in the January 15, 2017 issue of *Parade*. Copies of the Summary Notices as they appeared in each issue are attached as Exhibit E.

KCC purchased 15 million internet banner impressions on a variety of websites. The impressions were targeted to women 18 years of age or older in California and New York (Women 18+ in CA & NY). The internet banners, which included an embedded link to the case website, appeared from December 23, 2016 through January 23, 2017. A total of 15,069,310 impressions were delivered to Women 18+ in CA & NY, resulting in an additional 69,310 impressions at no extra charge. Screenshots of the internet banner notices as they appeared on various websites is attached as Exhibit F.

12.    **Toll-Free Telephone Number**. On or before December 20, 2016, KCC established an Interactive Voice Response ("IVR") toll-free telephone number dedicated to answering telephone inquiries from Class Members.  As of March 10, 2017 the Interactive Voice Response ("IVR") toll-free telephone number has received 884 calls.

13.    **Website**. On or before December 19, 2016, KCC also established a website www.conairclassactionsettlement.com dedicated to this settlement to provide additional information to the Class Members and to answer frequently asked questions.  Visitors of the website can download a Notice, Claim Form and Court Documents. The web address was set forth in the Notice and Summary Notice.  As of March 10, 2017 has received 134,562 hits to the website.

14.    **Requests for Exclusion**. The deadline for Class Members to request to be excluded from the class is a postmarked deadline of March 9, 2017. As of the date of this declaration, KCC has received 12 requests for exclusion; 3 in response to the Settlement Notice, and 9 in response to the Notice of Class Certification. A list of the Class Members requesting to be excluded and copies of the exclusion requests are attached hereto as Exhibit G.

15.    **Claim Forms**.  As of March 10, 2017, KCC received 1,565 Claim Forms.  A final decision on all claims has yet to be determined, as the filing deadline is a postmark date of March 9, 2017.  Of the 1,548 Claims that have been processed, KCC's preliminary review of all claims has made an initial determination that 340 claims are valid; 3 for replacement Hair Dryers and 337 for an award amount of five dollars ($5).  524 claims are deficient for various reasons such as; Claims not signed, Model number blank, and no Plug Code (Consumers no longer have the subject Hair Dryer). 684 claims have been denied for various reasons such as;   Purchase State not California or New York, and Date of Purchase not in Class Period.

16.    **Status Reporting.**  KCC sent Counsel for Plaintiffs' and Defendant a weekly case status report, which outlines the activity of this case.  A sample status

report for week ending March 3, 2017 is attached hereto as Exhibit H.

17.   **Class Certification and Administration Costs**. Prior to the Court's Preliminary Approval of the Settlement, KCC served as administrator for the *Czuchaj, et al. v. Conair Corporation* notification certification phase. Class counsel moved for an order providing notice to the Class on January 22, 2016. Dkt. No. 256. This was supported by a declaration from KCC's Daniel Burke. Dkt. 256-3, describing the notice program. The Court approved the program, with additional publications, to provide Notice to the Class of Class Certification, and an opportunity to request exclusion, in an order dated May 13, 2016. Dkt. No. 274.

18.   **Mailed & E-Mailed Notice of Class Certification**. KCC prepared a Class Member List for the initial mailing with information provided by the parties. Before mailing, KCC caused the addresses in the Class Member List to be updated using the National Change of Address database ("NCOA") maintained by the U.S. Postal Service.  A total of 2,001 addresses were found and updated.

19.   On June 10, 2016, KCC caused the Short Form Notice of Class Certification to be printed and mailed to 24,674 names and mailing addresses on the Class Member List.  A sample of the Class Certification Notice Package is attached hereto as Exhibit I.

20.   On June 10, 2016, KCC E-mailed the Summary Class Certification Notice to 6,763 on the Class Member List with email addresses.

21.   As of June 17, 2016, KCC received a total of 148 bounce backs from the E-Mail campaign.  Class Certification Notice Packages were then mailed to 148 persons that had mailing addresses.

22.   As of July 22, 2016, KCC received a total of 32 Class Certification Notice Packages returned by the U.S. Postal Service with forwarding addresses. KCC caused the Class Member list to be updated with the new addresses and Notice Packages to be re-mailed to the updated addresses.

23.   **Publication of Class Certification Notice**. KCC caused the Summary

Class Certification Notice to appear as an approximate quarter-page ad unit in two leading national newspapers. The Summary Class Certification Notice appeared on page A13 in the *New York Times* and page C10 of the *Wall Street Journal*. Both Summary Notices were published on June 15, 2016. In addition, KCC caused the Summary Class Certification Notice to appear as a full-page notice in the California and New York state editions of *People* magazine and as a two-fifths digest-size notice in the California and New York state editions of the *Parade* newspaper supplement. The Summary Class Certification Notice appeared on page 74 in the July 11, 2016 issue of *People* magazine (on sale July 1, 2016). The Summary Class Certification Notice appeared on page 14, in the July 10, 2016 issue of *Parade*. Copies of the Summary Class Certification Notices as they appeared in each issue are attached as Exhibit J.

KCC purchased 15 million internet banner impressions on a variety of websites. The impressions were targeted to women 18 years of age or older in California and New York. The internet banners, which included an embedded link to the case website, appeared from June 13, 2016 through July 3, 2016. A total of 15,671,104 impressions were delivered to Women 18 years of age or older in California and New York. Screenshots of the internet banner notices as they appeared on various websites is attached as Exhibit K.

24. **Toll-Free Telephone Number**. On or before June 9, 2016, KCC established an Interactive Voice Response ("IVR") toll-free telephone number dedicated to answering telephone inquiries from Class Members about the Class Certification Notice. The Certification Interactive Voice Response ("IVR") toll-free telephone number has received 662 calls.

25. **Website**. On or before June 9, 2016, KCC also established a website www.conairclassaction.com dedicated to provide additional information to the Class Members and to answer frequently asked questions. Visitors to the website can download a Notice, Opt-out Form and Court Documents. The web address was set

1  forth in the Notice and Summary Notice. The Certification website has received
2  76,298 hits.

3      26.   **Requests for Exclusion**. The deadline for Class Members to request to
4  be excluded from the class in response to the Class Certification Notice was July 20,
5  2016. KCC received 9 requests for exclusion.

6      27.   The costs associated with Class Certification Notice work are
7  $253,977.64. Exhibit L.

8      28.   Before or with the Motion for Final Approval of the settlement, KCC
9  will provide a supplemental declaration detailing the final results of the settlement
10 program, including the number of visits to the settlement website; the number
11 "clicking through" to the settlement website from banner ads; the number of visits to
12 the settlement website; the number of calls to the IVR toll-free telephone number;
13 the number of claims made, reviewed, and approved; and the distribution to class
14 members.

15     29.   The current estimated costs for the Settlement phase of administration
16 work are $447,786.00, which is subject to change, if any significant scope changes
17 occur. Final costs cannot be determined because work is ongoing. Through January
18 2017, KCC has incurred administration costs of $278,714.60. KCC's supplemental
19 declaration will provide the total final costs of settlement administration. KCC
20 understands the terms of the settlement require Defendant to pay all settlement
21 related administrative costs.

22         I declare under penalty of perjury pursuant to the laws of the United
23 States of America that the foregoing is true and correct to the best of my knowledge.
24 Executed March 13, 2017, at San Rafael, California.

25
26
27
28                                        Deborah McComb

- 8 -

# EXHIBIT A

# ROSEN η SABA, LLP

### ATTORNEYS AT LAW
_____

JAMES R. ROSEN
RYAN D. SABA
ELIZABETH L. BRADLEY
MOMO E. TAKAHASHI
JOSHUA D. SCHEIN
MARIA A. STARN
TYLER C. VANDERPOOL
KRYSTLE D. MEYER

9350 WILSHIRE BOULEVARD, SUITE 250
BEVERLY HILLS, CALIFORNIA 90212

**www.rosensaba.com**

AREA CODE 310
TELEPHONE 285-1727
FACSIMILE  285-1728

November 22, 2016

**VIA PRIORITY MAIL**

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

Re:     Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

ROSEN SABA LLP represents Conair Corporation ("Conair") in a putative class action lawsuit entitled Cynthia L. Czuchaj, a California resident; Angelique Mundy, a Pennsylvania resident; Barbara McConnell, a Michigan resident; and Patricia Carter, a New York resident, individually and on behalf of themselves and all others similarly situated, v. Conair Corporation, a Delaware corporation; and Does 1 through 10, inclusive, Case No. 3:13-cv-01901-BEN-RBB.   The lawsuit is pending before the Honorable Roger T. Benitez in the United States District Court for the Southern District of California.  This letter is to advise you that Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on November 4, 2016.

Case Name:     Cynthia L. Czuchaj, et al., v. Conair Corporation, et al.

Case Number:     3:13-cv-01901-BEN-RBB

Jurisdiction:     United States District Court,
Southern District of California

Date Settlement
Filed with Court:     November 4, 2016

«First» «Last»
November 22, 2016
Page 2

Conair denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation.  In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

    **1.**    **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:**  Copies of the Class Action Complaint for Damages and Equitable Relief, First Amended Complaint for Damages and Equitable Relief, Second Amended Complaint for Damages and Equitable Relief, and Conair Corporation's Answer to Plaintiffs' Second Amended Complaint is included on the enclosed CD Rom.

    **2.**    **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:**  As of November 22, 2016, the Court has not yet scheduled a final fairness hearing in this matter.  Plaintiffs filed Plaintiffs' Notice of Motion and Motion for an Order Granting Preliminary Approval of Class Action Settlement requesting that a hearing take place on December 5, 2016, at 10:30 a.m. in Courtroom 5A of the United States District Court, Southern District of California, 221 West Broadway, San Diego, California before the Honorable Roger T. Benitez.   Copies of Plaintiffs' Notice of Motion and Motion for an Order Granting Preliminary Approval of Class Action Settlement, Points and Authorities in Support of Plaintiffs' Motion for Order Granting Preliminary Approval of Class Action Settlement, Declaration of Isam C. Khoury in Support of Plaintiffs' Motion for an Order Granting Preliminary Approval of Class Action Settlement, Declaration of Brian D. Chase in Support of Plaintiffs' Motion for an Order Granting Preliminary Approval of Class Action Settlement, and Declaration of Katherine J. Odenbreit in Support of Plaintiffs' Motion for an Order Granting Preliminary Approval of Class Action Settlement are included on the enclosed CD Rom.

    **3.**    **28 U.S.C. § 1715(b)(3) – Notification to Class Members:**  Copies of the Claim Form, Publication Notice, and Long Form Notice to be provided to the class is included on the enclosed CD Rom.

    **4.**    **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the Settlement Agreement is included on the enclosed CD Rom.

    **5.**    **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  As of November 22, 2016, no other settlement or agreement has been entered into by the parties to this Action.

    **6.**    **28 U.S.C. § 1715(b)(6) – Final Judgment:**  No Final Judgment has been reached as of November 22, 2016, nor have any Notices of Dismissal been granted at this time.

«First» «Last»
November 22, 2016
Page 3

**7.     28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:**  While Conair is in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice.  At this time, the only available class member information that could indicate inclusion in the settlement but is not conclusive is the records gathered during class certification, which was restricted to two States.  Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is impossible to provide any meaningful estimate of the potential size of the class based solely on that certification information.

**8.     28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time.  As of November 22, 2016, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact counsel immediately at either mtakahashi@rosensaba.com or (310) 285-1727 so that Conair can address any concerns or questions you may have.

Thank you.

Very truly yours,

ROSEN ηSABA, LLP


*/s/*
Momo E. Takahashi, Esq.
MET:jlp

# EXHIBIT B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Richards | Craig W. | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 6106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Lynch | Loretta E. | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matt | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W. Jefferson St | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | Capitol Building, Suite 118 | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | P.O. Box 220 | | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-9920 |
| Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| Hoffman | John Jay | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street,  P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Court Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg, Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Office of the Guam Attorney General | ITC Bldg, Suite 706 | 590 S. Marine Drive | Tamuning | GU | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902 |
| Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Saba, Esq. | Ryan D. | Rosen Saba, LLP | 9350 Wilshire Blvd., Suite 250 | | Beverly Hills | CA | 90212 |
| Takahashi | Momo Emily | Rosen Saba, LLP | 9350 Wilshire Blvd., Suite 250 | | Beverly Hills | CA | 90212 |

# EXHIBIT C

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement

**www.ConairClassActionSettlement.com**

A federal Court authorized this notice. This is not a solicitation from a lawyer.

- Conair Corporation settled a class action lawsuit about the way it warranted, labeled and advertised its Infiniti Pro 1875 watt model 259 or 279 hair dryer (the "Hair Dryer"). This notice summarizes the proposed Settlement. You can find more information in the Settlement Agreement at www.ConairClassActionSettlement.com.

- You may receive either (a) a comparable replacement hair dryer, or (b) Five Dollars ($5.00), depending on the manufacturer of your Hair Dryer, if you bought your Hair Dryer in California between August 15, 2009 and August 31, 2016, or bought your Hair Dryer in New York between August 15, 2010 and August 31, 2016.

- Your legal rights are affected whether you act or do not act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get a payment or a replacement hair dryer. |
| **EXCLUDE YOURSELF** | Get no payment or replacement hair dryer. This is the only option that allows you to ever be part of another lawsuit against Conair Corporation about the legal claims in this case. |
| **OBJECT** | Write to the Court about why you do not like the Settlement. |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | Get no payment. Give up your rights. |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court must decide whether to approve the Settlement. Payments will be made and hair dryers will be provided if the Court approves the Settlement and it becomes final.

**Questions? Call 1-844-286-9535 or go to www.ConairClassActionSettlement.com**
**The deadline to submit your claim is March 9, 2017**

CJTNOT2

**BASIC INFORMATION**

1. Why was this notice issued? **Page 3**
2. What is this lawsuit about? **Page 3**
3. What is a class action? **Page 3**
4. Why is there a Settlement? **Page 3**

**WHO IS INCLUDED IN THE SETTLEMENT**

5. How do I know if I am part of the Settlement? **Page 3**
6. How do I know if my hair dryer is included? **Page 4**
7. Are there exceptions to being included? **Page 4**

**THE SETTLEMENT BENEFITS—WHAT YOU GET**

8. What does the Settlement provide? **Page 5**
9. What can I get from the Settlement? **Page 5**
10. What am I giving up in exchange for the Settlement? **Page 5**

**HOW TO GET A PAYMENT—SUBMITTING A CLAIM FORM**

11. How can I get a payment or replacement hair dryer, if qualified? **Page 5**
12. When will I get my payment or replacement hair dryer, if qualified? **Page 5**

**EXCLUDING YOURSELF FROM THE SETTLEMENT**

13. How do I get out of the Settlement? **Page 6**
14. If I exclude myself, can I get money from this Settlement? **Page 6**
15. If I do not exclude myself, can I sue Conair for the same thing later? **Page 6**

**THE LAWYERS REPRESENTING YOU**

16. Do I have a lawyer in this case? **Page 6**
17. How will the lawyers be paid? **Page 6**

**OBJECTING TO THE SETTLEMENT**

18. How do I tell the Court that I do not like the Settlement? **Page 7**
19. What is the difference between objecting and asking to be excluded? **Page 7**

**THE COURT'S FAIRNESS HEARING**

20. When and where will the Court decide whether to approve the Settlement? **Page 8**
21. Do I have to come to the hearing? **Page 8**
22. May I speak at the hearing? **Page 8**

**IF YOU DO NOTHING**

23. What happens if I do nothing at all? **Page 8**

**GETTING MORE INFORMATION**

24. How do I get more information? **Page 8**

BASIC INFORMATION

| **1. Why was this notice issued?** |
|---|

A Court authorized this notice because you have a right to know about a proposed Settlement of a class action lawsuit, and about all of your options, before the Court decides whether to approve it. This notice explains the lawsuit, the Settlement, your legal rights, the benefits that are available, who is eligible to receive them, and how to get them.

Honorable Roger B. Benitez of the United States District Court for the Southern District of California is overseeing this class action. The case is known as *Czuchaj v. Conair Corporation*, Case No. 13-cv-01901. The people who sued are called Plaintiffs, and the company they sued, Conair Corporation, is called the Defendant or Conair.

| **2. What is this lawsuit about?** |
|---|

The lawsuit claims that the Hair Dryers sold by Conair had defectively designed heating coils and electrical cords which caused the Hair Dryers to fail, and sometimes injure consumers. Specifically, the lawsuit contends Conair violated California and New York laws by falsely advertising and/or selling a product with alleged defects. ***Personal injury and property damage claims are not included in this Settlement and you are not giving up your right to make these claims whether you participate in this Settlement or not.***

Conair denies all of the claims in the lawsuit.

| **3. What is a class action?** |
|---|

In a class action lawsuit, one or more people called Class Representatives (in this case, Cynthia Czuchaj and Patricia Carter) sue for all people who have similar claims. The people included in the class action are called a Class or Class members. One court resolves the issues for all Class members, except those people who exclude themselves from the Settlement.

| **4. Why is there a Settlement?** |
|---|

The Court did not decide in favor of Plaintiffs or Defendant. Instead, both sides agreed to a Settlement. The Settlement avoids the cost and risk of a trial, and makes money available to those affected. The Class Representatives and their attorneys think the Settlement is in the best interest of the Class.

WHO IS INCLUDED IN THE SETTLEMENT

To see if you can get a new hair dryer or money from this Settlement, you first have to find out if you are a Class member.

| **5. How do I know if I am part of the Settlement?** |
|---|

The Settlement includes everyone who purchased a Hair Dryer for personal, family or household use and not for resale either (a) in California from August 15, 2009 through August 31, 2016 and/or (b) in New York from August 15, 2010 through August 31, 2016. The Hair Dryers are Infiniti Pro 1875 watt model 259 or 279 hair dryers.

**6. How do I know if my hair dryer is included?**

Your hair dryer is included in the Settlement if the handle shows it is a "Model 259" or "Model 279." This picture shows where to find the model number.



Your hair dryer must also include the letters "SE", "SR" or "N" on the metal prong of the plug.



This picture shows where to find these letters.

YOU DO NOT NEED TO HAVE YOUR HAIR DRYER. You may still be eligible if you can provide independent proof of purchase such as a prior contact with Conair or a government agency which includes the date of such contact.

**7. Are there exceptions to being included?**

People who have a conflict of interest in this case, for example: Class Counsel; the judges who presided over the case; and the Defendant and its subsidiaries, affiliates, employees, officers, directors, agents, representatives, and their family members are not included in the Settlement.

## THE SETTLEMENT BENEFITS—WHAT YOU GET

**8. What does the Settlement provide?**

Class members who bought a Hair Dryer made by Neumax will receive a replacement hair dryer. (Neumax hair dryers have a letter "N" on the metal prong of the electric plug). Class members who bought a Hair Dryer made by Silver Plan or Sun Luen, will receive a $5.00 check (these hair dryers have letters "SE" or "SR" on the metal prong of the electric plug).

**9. What can I get from the Settlement?**

Class members who bought a Hair Dryer made by Neumax will receive a comparable replacement hair dryer. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen will receive a $5.00 check.

**10. What am I giving up in exchange for the Settlement?**

If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you won't be able to sue, continue to sue, or be part of another lawsuit against Conair for the same legal issues raised in this case. The Settlement does not affect your right to sue Conair for personal injury or property damage caused by one of the Hair Dryers. The specific rights you are giving up are called Released Claims. The Released Claims are described in more detail in the Definitions Section of the Settlement Agreement at Section 12.1.2. The Settlement Agreement is available at www.ConairClassActionSettlement.com. If you have questions about the Released Claims or what they mean you can talk to one of the lawyers at the law firms listed in Question 18 for free, or you can talk with your own lawyer.

## HOW TO GET A PAYMENT—SUBMITTING A CLAIM FORM

**11. How do I get a payment or a replacement hair dryer, if qualified?**

To get a payment from the Settlement you must submit a claim form by March 9, 2017. You may get the claim form at www.ConairClassActionSettlement.com. Claim forms are also available by calling 1-844-286-9535 or writing to the Claims Administrator at the address above. You must complete and submit your claim form by mailing it to Conair Claims Administrator, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416.

To be considered valid, your claim form must include all of the requested information and your signature and be submitted or postmarked by March 9, 2017.

**12. When will I get my payment or replacement hair dryer, if qualified?**

The Court will hold a hearing on March 23, 2017 to decide whether to approve the Settlement. If Judge Benitez approves the Settlement, there may be appeals. It is always uncertain whether the appeals can be resolved and resolving them can take time. Please be patient.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you want to keep the right to sue or continue to sue Conair for the same claims in a different lawsuit, you must take steps to get out of the Class. This is called excluding yourself or opting-out of the Class.

### 13. How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a letter by mail stating you want to be excluded from the *Czuchaj, et al. v. Conair Corporation* lawsuit and Hair Dryer Settlement. Be sure to include your name, address, telephone number, and your signature. Your letter must be postmarked by March 9, 2017, to: Conair Exclusions, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416.

You cannot exclude yourself by phone or email.

### 14. If I exclude myself, can I get money from this Settlement?

No. If you exclude yourself, you are telling the Court you don't want to be part of the Class in this Settlement. You can only get a payment if you stay in the Class and submit a claim form.

### 15. If I do not exclude myself, can I sue Conair for the same thing later?

No. Unless you exclude yourself, you give up the right to sue Conair for the claims that this Settlement resolves. You must exclude yourself from *this* Class to continue with your own lawsuit, unless your lawsuit is seeking money for personal injury or property damage caused by one of the Hair Dryers. If you have a pending lawsuit against Conair for the Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you should speak to your lawyer in that lawsuit immediately.

## THE LAWYERS REPRESENTING YOU

### 16. Do I have a lawyer in this case?

Yes. The Court appointed the law firms of Odenbreit Law, APC; Cohelan, Khoury & Singer; and Bisnar Chase, LLP to represent you and other Class members. The lawyers are referred to as Class Counsel. You will not be charged for the services of these lawyers in this case. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 17. How will the lawyers be paid?

Class Counsel has not been paid for any of their work in this lawsuit. Class Counsel will ask the Court to award them attorneys' fees of up to $1,196,000 and reimbursement of their costs and expenses of up to $485,000. They will also ask the Court for a payment of up to $10,000 for each of the Class Representatives for their bringing the lawsuit and representing the Class. The Court may award less than these amounts. All of these amounts, as well as the cost to administer the Settlement, will be paid by Conair.

## OBJECTING TO THE SETTLEMENT

You can tell the Court you do not agree with the Settlement or some part of it.

### 18. How do I tell the Court that I do not like the Settlement?

If you are a Class member, you can object to the Settlement. You can give reasons why you think the Court should not approve it. The Court will consider your views before making a decision. Objections must be submitted in writing, filed with the Court, and received by Class Counsel and Defendant's Counsel, no later than March 9, 2017. Objections must be signed and include:

1) the case name and number (*Czuchaj, et al. v. Conair Corporation*, Case No. 13-cv-01901);

2) your full name, current address, telephone number, and signature;

3) an explanation of the basis upon which you claim to be a Settlement Class member and proof you are a Settlement Class member;

4) the basis of your objection;

5) a statement confirming whether you intend to personally appear and/or testify at the Fairness Hearing.

If you plan to appear at the Fairness Hearing, you must file with the Court a notice of intention to appear no later than March 9, 2017. If you plan to appear with your attorney, you must include their name, address, and telephone number.

| Court | Class Counsel | Defense Counsel |
|-------|---------------|-----------------|
| Clerk of the Court United States District Court for the Southern District of California 333 West Broadway Suite 420 San Diego, CA 92101 | Katherine J. Odenbreit Odenbreit Law, APC 16835 Algonquin Street, Suite 221 Huntington Beach, CA 92649<br><br>Isam C. Khoury Jeff Geraci Cohelan, Khoury & Singer 605 C. Street, Suite 200 San Diego, CA 92101<br><br>Brian D. Chase Jerusalem F. Beligan Bisnar Chase, LLP 1301 Dove Street, Suite 120 Newport Beach, CA 92660 | Ryan D. Saba Momo E. Takahashi Rosen Saba, LLP 9350 Wilshire Boulevard, Suite 250 Beverly Hills, CA 90212 |

### 19. What is the difference between objecting and asking to be excluded?

Objecting is telling the Court you do not like something about the Settlement. You can object only if you stay in the Class (do not exclude yourself). Excluding yourself is telling the Court you do not want to be part of the Class. If you exclude yourself, you cannot object because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend, but you don't have to.

### 20. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Fairness Hearing at 10:30 a.m. on March 23, 2017, at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, in Courtroom 5A. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Benitez will listen to people who have asked to speak at the Fairness Hearing (*see* Question 22). The Court may also decide how much to pay Class Counsel. After the Fairness Hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

The Fairness Hearing may be moved to a different time or date without notice. Changes will be posted at www.ConairClassActionSettlement.com.

### 21. Do I have to come to the hearing?

No. Class Counsel will answer any questions Judge Benitez may have. You are welcome to attend at your own expense. If you send an objection, you do not have to appear in Court to talk about it. As long as you filed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

### 22. May I speak at the hearing?

Yes. You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must file a notice of intention to appear with the Clerk of the Court (*see* Question 18) by March 9, 2017. Be sure to include your name, address, telephone number, and your signature. You cannot speak at the hearing if you exclude yourself.

## IF YOU DO NOTHING

### 23. What happens if I do nothing at all?

If you do nothing, you won't get any money from this Settlement. If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you will give up your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Conair about the same legal issues raised in this case. You will keep your right to sue Conair for claims for personal injury or property damage caused by one of the Hair Dryers.

## GETTING MORE INFORMATION

### 24. How do I get more information?

This notice summarizes the proposed Settlement. More details are in the documents filed with the Court. You can get many of those documents, and a claim form, at www.ConairClassActionSettlement.com. You may also review the Court's file in this case at the Office of the Clerk, United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, California. You can also call 1-844-286-9535 toll free; write to Conair Claims Administrator, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416; or, contact Class Counsel.

Conair Claims Administrator
c/o KCC Class Action Services
P.O. Box 43416
Providence RI 02940-3416

**CJT**

«Barcode»

Postal Service: Please do not mark barcode

Claim#: CJT-«ClaimID»-«MailRec»
«First1» «Last1»
«CO»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»

United States Federal District Court
for the Southern District of California
*Cynthia Czuchaj, et al. v. Conair Corporation*,
Case No. 13-cv-01901

**Must Be Postmarked
No Later Than
March 9, 2017**

# CLAIM FORM

**FOR YOUR CLAIM TO BE TIMELY AND VALID, YOU MUST COMPLETE AND RETURN THIS FORM, WHICH MUST BE SIGNED AND POSTMARKED NO LATER THAN MARCH 9, 2017. FAILURE TO SUBMIT A COMPLETED CLAIM FORM BY THIS DEADLINE OR TO PROVIDE THE REQUIRED INFORMATION MAY RESULT IN REJECTION OF YOUR CLAIM.**

**PLEASE MAIL YOUR COMPLETED FORM TO:**

**Conair Claims Administrator**
c/o KCC Class Action Services
P.O. Box 43416
Providence RI  02940-3416

**Contact information:**

First Name                                          M.I.        Last Name

Address 1

Address 2

City                                                                                State        Zip Code

E-mail Address

Area code        Telephone number

1

CJTPOC5

**FOR YOUR CLAIM TO BE ELIGIBLE, PLEASE PROVIDE THE FOLLOWING INFORMATION AND FOLLOW ALL STEPS AND SIGN BELOW:**

1.     **Approximate Price Paid and Date of Purchase (to the best of your knowledge):**

   Price Paid for the Hair Dryer (estimated):  $ ☐☐☐ . ☐☐

   Date of Purchase (mm/dd/yyyy):  ☐☐ / ☐☐ / ☐☐☐☐

2.     **Store/Location of Purchase (to the best of your knowledge):**

   Store Name: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

   Store Location (City and State): ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

3.     **Plug Code:** ☐☐☐☐☐☐☐ **(This letter and number code is stamped on the plug of the hair dryer. See the Class Notice on the settlement website for help finding the Plug Code.)**

4.     **Model Number:** ☐☐☐☐☐☐☐ **(This letter and number code is in raised letters on the bottom left hand side of the handle of the hair dryer.  See the Class Notice on the settlement website for help finding the Model Number.)**

5.     **If your Plug Code has "SE" or "SR" (stamped on the plug), then submit with this form a photograph of Hair Dryer Plug Code and Handle with the Type Code or provide written proof of purchase which includes the dates and location of purchase and clearly identifies that the item purchased is an Conair Infinity Pro hair dryer or provide independent proof of purchase such as a prior contact with Conair or a government agency which includes the date of such contact. You may be eligible to receive $5.00.**

6.     **If your plug has "N" stamped on it, then your hair dryer must be returned to Conair.  Please call 1-844-286-9535 for assistance in returning the hair dryer. You may be eligible to receive a new hair dryer. If you do not have your Hair Dryer you may still be eligible if you provide independent proof of purchase such as a prior contact with Conair or a government agency which includes the date of such contact.**

7.     **Mark the circle below to confirm you did not receive money or a hair dryer in a prior recall by Conair of the Conair Infinity Pro Hair Dryer.**

○     **I affirm I did not receive money in Conair's recall of the Conair Infinity Pro Hair Dryer.**

**SIGNATURE**

By signing below, I affirm the information contained in this Claim Form is true and correct. I understand my claim may be subject to audit, verification and reviewed by the Court, and I may be asked to submit additional information to establish my claim.  I also understand if my claim is paid, I will release all claims of any kind arising from the claims in *Czuchaj, et al. v. Conair*, with the exception of those for bodily injury and property damage, caused by my Conair Infiniti Pro Hair Dryer described above.

Signature: _____

Date (mm/dd/yyyy): ☐☐ / ☐☐ / ☐☐☐☐

# EXHIBIT D

From:   Conair Claims Administrator
To:     «First1» «Last1»
Subject: Notice of Proposed Settlement

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.

www.ConairClassActionSettlement.com

**1.  How do I know if I am part of the Settlement?**

The Settlement includes everyone who purchased a Hair Dryer for personal, family or household use and not for resale either (a) in California from August 15, 2009 through August 31, 2016 and/or (b) in New York from August 15, 2010 through August 31, 2016. The Hair Dryers are Infiniti Pro 1875 watt model 259 or 279 hair dryers.

**2.  What does the Settlement provide?**

Class members who bought a Hair Dryer made by Neumax will receive a comparable replacement hair dryer (Neumax hair dryers have a letter "N" on the metal prong of the electric plug). Class members who bought a Hair Dryer made by Silver Plan or Sun Luen, will receive a $5.00 check (these hair dryers have letters "SE" or "SR" on the metal prong of the electric plug).

**3.  What can I get from the Settlement?**

Class members who bought a Hair Dryer made by Neumax may receive a comparable replacement hair dryer.  Class members who bought a Hair Dryer made by Silver Plan or Sun Luen may receive a $5.00 check. To get a Settlement payment you must mail a claim form to Conair Claims Administrator, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416, postmarked by March 9, 2017. You may get a claim form by: calling 1-844-286-9535; writing to Conair Claims Administrator, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416; or going to www.ConairClassActionSettlement.com.

**4.  What am I giving up in exchange for the Settlement?**

If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you won't be able to sue, continue to sue, or be part of another lawsuit against Conair for the same legal issues raised in this case. The Settlement does not affect your right to sue Conair for personal injury or property damage caused by one of the Hair Dryers. The specific rights you are giving up are called Released Claims. The Released Claims are described in more detail in the Definitions Section of the Settlement Agreement at Section 12.1.2. The Settlement Agreement is available at www.ConairClassActionSettlement.com. You may exclude yourself from the Settlement by submitting a timely request for exclusion as described in Section 5 of the Settlement Agreement.

**5.  The Court's fairness hearing.**

The Court will hold a Fairness Hearing at 10:30 a.m. on March 23, 2017 at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, in Courtroom 5A. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. You may tell the Court you disagree with the Settlement by filing an objection as described in Section 10.3 of the Settlement Agreement.

The Fairness Hearing may be moved to a different time or date without notice. Changes will be posted at www.ConairClassActionSettlement.com.

**6.  How do I get more information?**

To review a detailed settlement notice, the Settlement Agreement, and other documents, go to www.ConairClassActionSettlement.com, call 1-844-286-9535, or write to Conair Claims Administrator, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416.

CJTNTE1

# EXHIBIT E

THE NEW YORK TIMES **INTERNATIONAL** MONDAY, JANUARY 9, 2017    A5

MEMO FROM BRITAIN

# With Speech, Prime Minister Prepares to Walk 'Brexit' Tightrope

By STEVEN ERLANGER

LONDON — Prime Minister Theresa May, who has for many weeks evaded debate over how Britain will exit from the European Union with the phrase "Brexit means Brexit," promises more clarity in a speech later this month.

She is expected to speak two months before she intends to invoke Article 50 of the Lisbon Treaty, formally beginning a two-year negotiation with Brussels on leaving the European Union, and just after the Supreme Court rules on whether Parliament must approve that invocation.

The Supreme Court, the United Kingdom's highest court of appeal in civil cases, is expected to rule against the government and require that Parliament have a say. A short bill has already been prepared, however, and no one expects lawmakers of either house to oppose the result of the June "Brexit" referendum at this stage.

So Mrs. May will speak. But what will she say, especially when she insists that she does not want to give away her bargaining position with Brussels too early? And how will she calm down the fervid, angry and partisan atmosphere around the whole topic — both in the country at large and, more important, in her own Conservative government?

The most recent indication of Brexit madness surrounded the sudden resignation of Ivan Rogers, Britain's ambassador to the European Union, who charged in an email to his staff that the government had "muddled thinking" about Brexit and had not understood what the 27 other nations in the bloc would accept in an exit negotiation.

Mr. Rogers, who had been intimately involved in former Prime Minister David Cameron's vain effort to secure a winning new arrangement for Britain from Brussels, was being challenged or ignored by those in the government who, unlike Mrs. May herself, favored Brexit from the start.

Nor did he get on with her two closest political advisers, Fiona Hill and Nick Timothy. They reportedly resented Mr. Rogers's views, which somehow made it into the press, that the government was unprepared for the

negotiations, overly optimistic about getting a special deal and utopian about how long it would take to negotiate a separate trade agreement with the European Union.

The press wrote happily about a revolt of the "mandarins" — the permanent civil service — over Mrs. May's leadership, with those opposed to Brexit judging the loss of Mr. Rogers and his expertise a body blow to the country's future. Brexiteers largely considered his decision to quit both welcome and inevitable.

Brexit advocates, like Iain Duncan Smith and John Redwood, dismissed Mr. Rogers's email as pompous and whiny and pressed for a known Brexiter to replace him in Brussels. David Davis, the Brexiter who heads the new cabinet office called the Department for Exiting the E.U. (Dexeu), allowed his top civil servant, Olly Robbins, to try to downgrade the ambassador's job



Prime Minister Theresa May has promised to clarify, in a speech this month, her plans for Britain's exit from the European Union.

so the entire Brussels Embassy would report to him, and not to the Foreign Office.

The Foreign Office successfully fended off Mr. Davis and demanded to keep the Brussels job. That went to Tim Barrow, a former ambassador to Moscow and the current political director of the Foreign Office. Mr. Barrow, a security expert, is considered a sensible, intelligent and safe pair of hands.

Herself a quiet opponent of Brexit, Mrs. May promised to carry out the wishes of the British people as expressed in the June referendum that caused Mr. Cameron to resign only a year after he won a surprising majority for the Conservatives.

But it was the longstanding anti-European minority in the party, enhanced by defections to the pro-Brexit U.K. Independence Party, that forced the referendum on a country with other priorities, like jobs, crime, connec-

tivity and the failings of the National Health Service.

While for most Brexit Conservatives, the main issue was British sovereignty and freedom from European Union rules, regulations, court decisions and fees, the main concern of the 52 percent of Britons who favored Brexit was immigration. Arron Banks, the prime funder of UKIP and one of the Brexit campaign, said in an interview: He paid for a private poll of 50,000 voters himself.

Behind concerns about security, jobs and the health service, Mr. Banks said, was a widely felt judgment that immigration numbers were too large and out of control, and that such control could only be restored by leaving the European Union.

Therein lies Mrs. May's dilemma. Diplomats and officials who have had some discussions with her advisers and would not be named because of the confiden-

tial nature of those talks say she has two priorities that will limit her negotiating options.

First, vital to Conservatives who consider sovereignty most important is getting Britain out from under the jurisdiction of the European Court of Justice. Second, control over immigration is important to most Brexit voters.

The logic of these two priorities would mean that Britain could no longer be a part of the European Union's single market for trade in goods and services and freedom of travel and labor. Nor could it be a part of the customs union for goods alone, because that also would mean both paying Brussels and having no ability to strike separate trade deals with China, say, or Washington.

So the only logical future relationship would seem to be a new trade deal in goods and services that Britain would have to negotiate with the rest of the Euro-

pean Union — a negotiation that Mr. Rogers suggested, to Mrs. May's unhappiness, could take a decade.

In the meantime, he had suggested, Britain should negotiate a transitional agreement that would preserve free trade and would probably look a lot like Britain's current membership — with the obligations, but without the right to participate in decision-making.

Without such a transition, Britain risks a "hard Brexit," with considerable damage to its trade and especially to its dominant financial services sector.

But those conclusions are politically unpopular as well, especially with Brexiters like Mr. Davis who believe that the European Union needs Britain more than it needs the European Union, and like Foreign Secretary Boris Johnson, who likes to say that Britain can have its cake and eat it, too, and that Britain can both control immigration and still remain in the single market.

The loss of access to the single market could also have serious implications for Britain's integrity, since Scotland's nationalist leaders threaten a new independence referendum if it can no longer trade freely with the European Union.

But logic and politics do not always fit together neatly. So Mrs. May holds her fire, remains silent about her priorities and their costs and simply promises she will somehow produce a British exit that satisfies everyone.

In the meantime, however, having chided United States Secretary of State John Kerry for his speech criticizing the Israeli government and settlement expansion in what appeared to be an effort to align Britain with President-elect Donald J. Trump, Downing Street is suggesting that it has finally secured a White House meeting for Mrs. May with Mr. Trump sometime in February.

Mr. Trump confirmed the meeting in a Twitter post on Saturday, saying: "I look very much forward to meeting Prime Minister Theresa May in Washington in the Spring. Britain, a longtime U.S. ally, is very special!" Indeed, a Britain out of the European Union is going to need the so-called special relationship with the United States more than ever.

---

## *Ireland Revisits a Stringent Ban on Abortion*

By SINEAD O'SHEA

DUBLIN — An assembly of Irish citizens convened by Parliament is considering changes to one of the most divisive policies in the country: the near-total ban on abortions, which has been enshrined in Ireland's Constitution since 1983.

The group, the 100-member Citizens' Assembly led by Mary Laffoy, a Supreme Court judge, does not have the power to change the law. But its mandate from Parliament — to examine the full range of medical, legal and ethical issues surrounding abortion — suggests a willingness to revisit the ban, one of the most stringent in the Western world.

Over the last three months, the assembly has received more than 13,500 comments from the public — more than 1,000 of which have been published online. It pored over these submissions at the Grand Hotel Malahide over the weekend, along with testimony from experts, and is scheduled to issue a report this year.

Abortion was already illegal in Ireland before 1983, but the Eighth Amendment gave "the right to life of the unborn" equal status to "the right to life of the mother" under the Constitution. The amendment was enacted through a voter referendum, and can be altered — abandoned — only via another referendum.

Several highly publicized cases since then have contributed to and reflected a shift in the public's mood, however. In 2012, a 31-year-old woman, Savita Halappanavar, died from septic shock while having a miscarriage, after a hospital denied her an abortion that might have saved her life.

And last year, a United Nations committee ruled that Ireland had violated a woman's rights by forcing her to travel abroad for an abortion even though severe congenital defects had been diagnosed in the fetus. Legal uncertainty over how to define "the unborn" has plagued political decisions and efforts to change the law. "We believe that every unborn child, irrespective of his or her medical condition

or the circumstances of his or her birth, has the right to be treated equally before the law," the bishops' conference said in a statement.

Submissions posted online expressed a wide range of views, with many of them offering deeply personal perspectives.

Leslie Marjoram, a woman in her 20s from Cork, in southwestern Ireland, wrote that several of her friends had traveled abroad to terminate their pregnancies.

"These friends of mine are also the lucky ones, they have been able to borrow the money for the travel, and they have had friends they could tell," she wrote. "Abortions happen, every day. Making them illegal doesn't stop woman needing, or wanting them, or inflicting them on themselves — there will always be coat hangers, broken bottles, painkillers, stairs to fall down, fists to hit, medicines to swallow."

In a phone interview, she said that "even if you don't agree with abortion, it's not morally acceptable to force your views onto others."

Defenders of the law were equally adamant. "Abortion, in our firm belief, is the taking of human life irrespective of the stage of pregnancy," wrote Kathleen Gleeson and her husband, Raymond Gleeson, from County Kerry, in southwestern Ireland.

Valerie Marjoram, a woman in her 20s in County Kildare, just west of Dublin, described herself as a feminist who opposed abortion on religious grounds. "I find it appalling that a certain brand of feminism would put more effort into obtaining the legal sanction of murdering one's own child than fighting for the right to carry a child to term without losing one's pay, career path, promotion, college place," she said in a phone interview. "The fact that abortion is legal in any country has led to a culture of selfishness where even life can be rescheduled if it happens at the 'wrong time.'"

The Eighth Amendment has been subject to legal and political challenges over the years.

In 1992, Ireland's highest court upheld the right to an abortion if the mother's life is at risk, including from suicide, but how to interpret that right remains in dispute. In 1992, voters approved an amendment to the Constitution to allow women to travel abroad for abortions and to receive information about abortion services abroad. And in that year, and again in 2002, voters rejected amendments that would have removed the threat of suicide as

grounds for a legal abortion.

Conor O'Mahony, a lecturer in law at University College Cork, says the continued contentiousness reveals problems with the wording of the ban.

"The Eighth Amendment doesn't work as a means of regulating abortion, whether you are coming from the anti-abortion or abortion rights perspective," he said in a phone interview.

He said public opinion had been shifting in favor of legalizing abortion, but predicted that the debate would continue for years even if a referendum were to take place.

Gerard Whyte, a professor of law at Trinity College Dublin, said in a phone interview that it would be unwise to simply repeal the amendment, as some abortion-rights advocates seek.

"If there is no constitutional protection for the unborn, then there is a problem and we're into uncharted territory," he said. "I'm simply warning about a situation whereby people decide to repeal the Eighth but don't add anything else."



**PRE-OWNED IS THE NEW "NEW"**
WORLD'S FINEST WATCHES
& ESTATE JEWELRY

For over 60 years, savvy shoppers have come to us for our extensive collection of pre-owned watches, like Rolex, Cartier, Patek, Panerai, Vacheron, Audemars, Breitling. At a fraction of retail.
Sellers and traders welcome too.



**PALISADE JEWELERS**
The right price to buy, sell and trade
16 N. Van Brunt St., Englewood, NJ 07631
201-871-9401 • palisadejewelers.com

---

**Costa Rica**
8-Days $1195 +tax/fees
Includes all hotels, all meals, all activities. Fully guided.

Panama w/Canal 8 days $1195
FREE Brochure
Call 800 CARAVAN
Caravan.com

CARAVAN
Guided Tours Since 1952

LEGAL NOTICE
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.**
**www.conairclassactionsettlement.com**

**1. How do I know if I am part of the Settlement?**
The Settlement includes everyone who purchased a Hair Dryer for personal, family or household use and not for resale either (a) in California from August 15, 2009 through August 31, 2016 and/or (b) in New York from August 15, 2010 through August 31, 2016 ("Class members"). The Hair Dryers are Infiniti Pro 1875 watt model 259 or 279 hair dryers.

**2. What does the Settlement provide?**
Class members who bought a Hair Dryer made by Neumax will receive a comparable replacement hair dryer. Neumax hair dryers have a letter "N" on the metal prong of the electric plug. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen will receive a $5.00 check. Silver Plan or Sun Luen hair dryers have letters "SE" or "SR" on the metal prong of the electric plug.

**3. What can I get from the Settlement?**
Class members who bought a Hair Dryer made by Neumax may receive a comparable replacement hair dryer. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen may receive a $5.00 check. To get a Settlement payment, you must mail a claim form to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416, postmarked by March 9, 2017. You may get a Claim Form by: calling (844) 286-9535; writing to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416; or going to www.conairclassactionsettlement.com.

**4. What am I giving up in exchange for the Settlement?**
If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you won't be able to sue, continue to sue, or be part of another lawsuit against Conair for the same legal issues raised in this case. The Settlement does not affect your right to sue Conair for personal injury or property damage caused by one of the Hair Dryers. The specific rights you are giving up are called Released Claims. The Released Claims are described in more detail in the Definitions Section of the Settlement Agreement at Section 12.1.2. The Settlement Agreement is available at www.conairclassactionsettlement.com. You may exclude yourself from the Settlement by submitting a timely request for exclusion as described in Section 10.6 of the Settlement Agreement.

**5. The Court's Fairness Hearing**
The Court will hold a Fairness Hearing at 10:30 a.m. on March 23, 2017 at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, in Courtroom 5A. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. You may tell the Court you disagree with the Settlement by filing an objection as described in Section 10.3 of the Settlement Agreement. The Fairness Hearing may be moved to a different time or date without notice. Changes will be posted at www.conairclassactionsettlement.com.

**6. How do I get more information?**
To review a detailed settlement notice, the Settlement Agreement, and other documents, go to www.conairclassactionsettlement.com, call (844) 286-9535, or write to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416.

# CLOSED-END FUNDS

*(Financial data tables — closed-end fund listings, National Muni Bond Funds, Loan Participation Funds, High Yield Bond Funds, U.S. Government Bond Funds, World Income Funds, and related quotations; columns: Fund (SYM), NAV, Close/Disc, Prem12Mo Ttl, Yld. Detailed figures not legible at this resolution.)*

## Borrowing Benchmarks | WSJ.com/bonds

### Money Rates
January 6, 2017

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.



**ADVERTISEMENT**

## Legal Notices

**To advertise: 800-366-3975 or WSJ.com/classifieds**

### CLASS ACTIONS

LEGAL NOTICE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.**

**www.conairclassactionsettlement.com**

**1. How do I know if I am part of the Settlement?**
The Settlement includes everyone who purchased a Hair Dryer for personal, family or household use and not for resale either (a) in California from August 15, 2009 through August 31, 2016 and or (b) in New York from August 15, 2010 through August 31, 2016 ("Class members"). The Hair Dryers are Infiniti Pro 1875 watt model 259 or 279 hair dryers.

**2. What does the Settlement provide?**
Class members who bought a Hair Dryer made by Neumax will receive a comparable replacement hair dryer. Neumax hair dryers have a letter "N" on the metal prong of the electric plug. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen will receive a $5.00 check. Silver Plan or Sun Luen hair dryers have letters "SE" or "SR" on the metal prong of the electric plug.

**3. What can I get from the Settlement?**
Class members who bought a Hair Dryer made by Neumax may receive a comparable replacement hair dryer. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen may receive a $5.00 check. To get a Settlement payment, you must mail a claim form to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416, postmarked by March 9, 2017. You may get a Claim Form by: calling (844) 286-9535; writing to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416; or going to www.conairclassactionsettlement.com.

**4. What am I giving up in exchange for the Settlement?**
If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you won't be able to sue, continue to sue, or be part of another lawsuit against Conair for the same legal issues raised in this case. The Settlement does not affect your right to sue Conair for personal injury or property damage caused by one of the Hair Dryers. The specific rights you are giving up are called Released Claims. The Released Claims are described in more detail in the Definitions Section of the Settlement Agreement in Section 12.1.2. The Settlement Agreement is available at www.conairclassactionsettlement.com. You may exclude yourself from the Settlement by submitting a timely request for exclusion as described in Section 10.6 of the Settlement Agreement.

**5. The Court's Fairness Hearing**
The Court will hold a Fairness Hearing at 10:30 a.m. on March 23, 2017, in the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, in Courtroom 5A. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. You may tell the Court you disagree with the Settlement by filing an objection as described in Section 10.3 of the Settlement Agreement. The Fairness Hearing may be moved to a different time or date without notice. Changes will be posted at www.conairclassactionsettlement.com.

**6. How do I get more information?**
To review a detailed settlement notice, the Settlement Agreement, and other documents, go to www.conairclassactionsettlement.com, call (844) 286-9535, or write to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416.



**STAY AHEAD OF CYBER THREATS**

WSJ Pro Cybersecurity is designed to help executives monitor the ever-changing landscape of cybersecurity through a business lens. Our dedicated team of Pro journalists delivers unique, actionable insight on the wide-ranging challenges of cybercrime risk. WSJ Pro Cybersecurity membership includes a daily curated newsletter, along with regular panel discussions, interviews, webinars and white papers.

**START YOUR FREE NEWSLETTER TRIAL TODAY**
wsj.com/procybersecurity

**WSJ PRO**
CYBERSECURITY

©2017 Dow Jones & Co. Inc. All rights reserved. 3DJx6788

<u>LEGAL NOTICE</u>
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.
## www.conairclassactionsettlement.com

**1. How do I know if I am part of the Settlement?**
The Settlement includes everyone who purchased a Hair Dryer for personal, family or household use and not for resale either (a) in California from August 15, 2009 through August 31, 2016 and/or (b) in New York from August 15, 2010 through August 31, 2016 ("Class members"). The Hair Dryers are Infiniti Pro 1875 watt model 259 or 279 hair dryers.

**2. What does the Settlement provide?**
Class members who bought a Hair Dryer made by Neumax will receive a comparable replacement hair dryer. Neumax hair dryers have a letter "N" on the metal prong of the electric plug. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen may receive a $5.00 check. Silver Plan or Sun Luen hair dryers have letters "SE" or "SR" on the metal prong of the electric plug.

**3. What can I get from the Settlement?**
Class members who bought a Hair Dryer made by Neumax may receive a comparable replacement hair dryer. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen may receive a $5.00 check. To get a Settlement payment, you must mail a claim form to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416, postmarked by March 9, 2017. You may get a Claim Form by: calling (844) 286-9535; writing to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416; or going to www.conairclassactionsettlement.com.

**4. What am I giving up in exchange for the Settlement?**
If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you won't be able to sue, continue to sue, or be part of another lawsuit against Conair for the same legal issues raised in this case. The Settlement does not affect your right to sue Conair for personal injury or property damage caused by one of the Hair Dryers. The specific rights you are giving up are called Released Claims. The Released Claims are described in more detail in the Definitions Section of the Settlement Agreement at Section 12.1.2. The Settlement Agreement is available at www.conairclassactionsettlement.com. You may exclude yourself from the Settlement by submitting a timely request for exclusion as described in Section 10.6 of the Settlement Agreement.

**5. The Court's Fairness Hearing**
The Court will hold a Fairness Hearing at 10:30 a.m. on March 23, 2017 at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, in Courtroom 5A. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. You may tell the Court you disagree with the Settlement by filing an objection as described in Section 10.3 of the Settlement Agreement. The Fairness Hearing may be moved to a different time or date without notice. Changes will be posted at www.conairclassactionsettlement.com.

**6. How do I get more information?**
To review a detailed settlement notice, the Settlement Agreement, and other documents, go to www.conairclassactionsettlement.com, call (844) 286-9535, or write to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416.



LEGAL NOTICE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF CALIFORNIA

**If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.**
www.conairclassactionsettlement.com

**1. How do I know if I am part of the Settlement?**
The Settlement includes everyone who purchased a Hair Dryer for personal, family or household use and not for resale either (a) in California from August 15, 2009 through August 31, 2016 and/or (b) in New York from August 15, 2010 through August 31, 2016 ("Class members"). The Hair Dryers are Infiniti Pro 1875 watt model 259 or 279 hair dryers.

**2. What does the Settlement provide?**
Class members who bought a Hair Dryer made by Neumax will receive a comparable replacement hair dryer. Neumax hair dryers have a letter "N" on the metal prong of the electric plug. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen will receive a $5.00 check. Silver Plan or Sun Luen hair dryers have letters "SE" or "SR" on the metal prong of the electric plug.

**3. What can I get from the Settlement?**
Class members who bought a Hair Dryer made by Neumax may receive a comparable replacement hair dryer. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen may receive a $5.00 check. To get a Settlement payment, you must mail a claim form to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416, postmarked by March 9, 2017. You may get a Claim Form by: calling (844) 286-9535; writing to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416; or going to www.conairclassactionsettlement.com.

**4. What am I giving up in exchange for the Settlement?**
If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you won't be able to sue, continue to sue, or be part of another lawsuit against Conair for the same legal issues raised in this case. The Settlement does not affect your right to sue Conair for personal injury or property damage caused by one of the Hair Dryers. The specific rights you are giving up are called Released Claims. The Released Claims are described in more detail in the Definitions Section of the Settlement Agreement at Section 12.1.2. The Settlement Agreement is available at www.conairclassactionsettlement.com. You may exclude yourself from the Settlement by submitting a timely request for exclusion as described in Section 10.6 of the Settlement Agreement.

**5. The Court's Fairness Hearing**
The Court will hold a Fairness Hearing at 10:30 a.m. on March 23, 2017 at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, in Courtroom 5A. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. You may tell the Court you disagree with the Settlement by filing an objection as described in Section 10.3 of the Settlement Agreement. The Fairness Hearing may be moved to a different time or date without notice. Changes will be posted at www.conairclassactionsettlement.com.

**6. How do I get more information?**
To review a detailed settlement notice, the Settlement Agreement, and other documents, go to www.conairclassactionsettlement.com, call (844) 286-9535, or write to *Conair Claims Administrator*, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416.



Community **Tabl**

**RICE WITH**

# SUPERPOWERS

January doldrums demand food that picks you up and dusts you off for the year ahead. This Herbed Roasted Rice from popular food blogger Tess Masters (of The Blender Girl) is full of energy-boosting goodness. Made with brown basmati rice, this pilaf from her new cookbook, *The Perfect Blend*, is packed with flavor and fatigue-fighting fiber, manganese and magnesium. The recipe makes a lot, so you can enjoy some tonight and freeze the rest for a quick pick-me-up another day. —*Alison Ashton*

## Herbed Roasted Rice



Preheat oven to 400°F. Combine ½ cup **extra-virgin olive oil**, 2 cups firmly packed **cilantro leaves**, 1 cup firmly packed **mint**, 1 cup **diced onion**, 2 Tbsp firmly packed **oregano** leaves, 3 minced **garlic cloves**, 1 Tbsp stemmed, seeded and minced **jalapeño**, 1 tsp **salt** and a pinch **red pepper flakes** in a blender. Process until smooth. Heat 3 Tbsp extra-virgin olive oil in a large saucepan over medium-high heat. Add 1 minced garlic clove, 1 tsp salt, pinch red pepper flakes and 3 cups **brown basmati rice**. Cook 5 minutes, stirring constantly. Add 1 Tbsp finely grated **lime zest**; cook 2 minutes or until fragrant. Stir in sauce and 6 cups water. Bring to a boil. Cover and transfer to oven. Bake 40–45 minutes or until rice is cooked and liquid is absorbed. Stir and let stand, uncovered, 15 minutes. Fluff with a fork; stir in ½ cup finely chopped cilantro, ½ cup finely chopped **green onions** and freshly ground **black pepper** to taste. If desired, stir in cooked **green lentils**, toasted **pine nuts** and additional lime zest. **Serves 8–10.**



Plants' power to energize and revitalize us is what gets me most excited.
—*Tess Masters, The Perfect Blend*

Go to *Parade.com/pep* for 15 energy boosters to jump-start a healthier life.

*Adapted from The Perfect Blend, copyright 2016 Tess Masters. Published by Ten Speed Press, an imprint of Penguin Random House LLC.*

© PARADE Publications 2017. All rights reserved.

AUTHOR PHOTO BY ANSON SMART © 2016; RECIPE PHOTO BY ALISON ASHTON

## LEGAL NOTICE

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.**
www.conairclassactionsettlement.com

**1. How do I know if I am part of the Settlement?**
The Settlement includes everyone who purchased a Hair Dryer for personal, family or household use and not for resale either (a) in California from August 15, 2009 through August 31, 2016 and/or (b) in New York from August 15, 2010 through August 31, 2016 ("Class members"). The Hair Dryers are Infiniti Pro 1875 watt model 259 or 279 hair dryers.

**2. What does the Settlement provide?**
Class members who bought a Hair Dryer made by Neumax will receive a comparable replacement hair dryer. Neumax hair dryers have a letter "N" on the metal prong of the electric plug. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen will receive a $5.00 check. Silver Plan or Sun Luen hair dryers have letters "SE" or "SR" on the metal prong of the electric plug.

**3. What can I get from the Settlement?**
Class members who bought a Hair Dryer made by Neumax may receive a comparable replacement hair dryer. Class members who bought a Hair Dryer made by Silver Plan or Sun Luen may receive a $5.00 check. To get a Settlement payment, you must mail a claim form to Conair Claims Administrator, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416, postmarked by March 9, 2017. You may get a Claim Form by: calling (844) 286-9535; writing to Conair Claims Administrator, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416; or going to www.conairclassactionsettlement.com.

**4. What am I giving up in exchange for the Settlement?**
If the Settlement is approved and becomes final, all of the Court's orders will apply to you and legally bind you. That means you won't be able to sue, continue to sue, or be part of another lawsuit against Conair for the same legal issues raised in this case. The Settlement does not affect your right to sue Conair for personal injury or property damage caused by one of the Hair Dryers. The specific rights you are giving up are called Released Claims. The Released Claims are described in more detail in the Definitions Section of the Settlement Agreement at Section 12.1.2. The Settlement Agreement is available at www.conairclassactionsettlement.com. You may exclude yourself from the Settlement by submitting a timely request for exclusion as described in Section 10.6 of the Settlement Agreement.

**5. The Court's Fairness Hearing**
The Court will hold a Fairness Hearing at 10:30 a.m. on March 23, 2017 at the United States District Court for the Southern District of California, 221 West Broadway, San Diego, California, in Courtroom 5A. At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. You may tell the Court you disagree with the Settlement by filing an objection as described in Section 10.3 of the Settlement Agreement. The Fairness Hearing may be moved to a different time or date without notice. Changes will be posted at www.conairclassactionsettlement.com.

**6. How do I get more information?**
To review a detailed settlement notice, the Settlement Agreement, and other documents, go to www.conairclassactionsettlement.com, call (844) 286-9535, or write to Conair Claims Administrator, c/o KCC Class Action Services, P.O. Box 43416, Providence, RI 02940-3416.



## Community Table

# RICE WITH SUPERPOWERS

J anuary doldrums demand food that picks you up and dusts you off for the year ahead. This Herbed Roasted Rice from popular food blogger Tess Masters of The Blender Girl is full of energy-boosting goodness. Made with brown basmati rice, this pilaf from her new cookbook, *The Perfect Blend*, is packed with flavor and fatigue-fighting fiber, manganese and magnesium. The recipe makes a lot, so you can enjoy some tonight and freeze the rest for a quick pick-me-up another day. —*Alison Ashton*

### — Herbed Roasted Rice —



Preheat oven to 400°F. Combine ½ cup **extra-virgin olive oil**, 2 cups firmly packed **cilantro leaves**, 1 cup firmly packed **mint**, 1 cup **diced onion**, 2 Tbsp firmly packed **oregano leaves**, 3 minced **garlic cloves**, 1 Tbsp stemmed, seeded and minced **jalapeño**, 1 tsp **salt** and a pinch **red pepper flakes** in a blender. Process until smooth. Heat 3 Tbsp extra-virgin olive oil in a large saucepan over medium-high heat. Add 1 minced garlic clove, 1 tsp salt, pinch red pepper flakes and 3 cups **brown basmati rice**. Cook 5 minutes, stirring constantly. Add 1 Tbsp finely grated **lime**

**zest**; cook 2 minutes or until fragrant. Stir in sauce and 6 cups water. Bring to a boil. Cover and transfer to oven. Bake 40–45 minutes or until rice is cooked and liquid is absorbed. Stir and let stand, uncovered, 15 minutes. Fluff with a fork; stir in ⅔ cup finely chopped cilantro, ⅓ cup finely chopped **green onions** and freshly ground **black pepper** to taste. If desired, stir in cooked **green lentils**, toasted **pine nuts** and additional lime zest. **Serves 8–10.**

*Plants' power to energize and revitalize us is what gets me most excited.* —Tess Masters, *The Perfect Blend*

Go to *Parade.com/yep* for 15 energy boosters to jump-start a healthier life.

*Adapted from* The Perfect Blend, *copyright 2016 Tess Masters. Published by* Ten Speed Press, *an imprint of Penguin Random House LLC.*





HEARTLAND QUALITY
**OMAHA STEAKS**
SINCE 1917

# Home. Cooked.
# GOODNESS
The taste of togetherness.

### The Happy Family Banquet

2 (5 oz.) Filet Mignons
2 (5 oz.) Top Sirloins
4 (3.5 oz.) Chicken Fried Steaks
4 (4 oz.) Boneless Pork Chops
4 (4 oz.) Omaha Steaks Burgers
4 (3 oz.) Gourmet Jumbo Franks
12 oz. pkg. All-Beef Meatballs
16 oz. pkg. Omaha Steakhouse® Fries
4 (4 oz.) Caramel Apple Tartlets
Omaha Steaks Seasoning Packet (.33 oz.)
44723BFW
Reg. $243.90 | Now Only $49.99

ORDER NOW & SAVE 80%

Plus get 4 more **Burgers FREE**

1-800-811-7832 ask for 44723BFW | www.OmahaSteaks.com/goodness15

Limit 2 pkgs. 4 (4 oz.) free burgers will be sent to each shipping address that includes The Happy Family Banquet (44723). Standard S&H will be added per address. Flat rate shipping and reward cards and codes cannot be used with this offer. Not valid with other offers. All product, prices and sales are subject to Omaha Steaks, Inc. Terms of Use and Pricing Policy. Visit omahasteaks.com/terms-of-useOSI. Expires 3/31/17. ©2017 OCG | Omaha Steaks, Inc. SRC0652

# EXHIBIT F

Conair Corporation : 300x600
Site : Goodhousekeeping.com

≡ **GH**   HOME IDEAS   FOOD   BEAUTY   HEALTHY IDEAS   PRODUCT REVIEWS

A SPARKLING YEAR

## THE BEST CLEANING TRICKS OF 2016

By Lauren Smith







If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.

**Learn More**

www.conairclassactionsettlement.com




INSPIRATIONAL STORIES   ⏱ DEC 27, 2016   ⤴ SHARE

## Pregnant Woman Tips Pregnant Server $900 for $61 Take-Out Order

"It took a while for it to set in, and once I did I cried for a little while."   By Tess Koman

Conair Corporation : 300x250
Site : Marthastewart.com

Conair Corporation : 728x90
Site : Today.com



WATCH EPISODES    HEARD IT ON THE SHOW?

Video   Food   Health & Wellness   Style   Home   Parents   More ⌄   Search Q    More ⌄

SHOP

If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.

Learn More

www.conairclassactionsettlement.com





'Freedom! '90' supermodels honor George Michael: 'His bravery inspired all of us'

Naomi Campbell, Linda Evangelista, Christy Turlington, Cindy Crawford and Tatjana Patitz pay tribute to the man with the "golden angelic voice"

BREAKING NEWS
'Star Wars' actress Carrie Fisher dies at 60

Carrie Fisher, best known for her portrayal of the plucky Princess Leia in George Lucas' epic intergalactic movie series, died Tuesday, days after suffering...

'The force is dark today': Stars mourn the loss of Carrie Fisher

The "Star Wars" actress passed away Tuesday morning at the age of 60, just days after suffering a heart attack.

TODAY Daily Buzz newsletter
Enter your email    SIGN UP

WATCH VIDEO



New details emerge in George Michael's final days as boyfriend speaks out



Trump's war of words with Obama, United Nations




Offers2go
Up to 70% off online shopping



Eat these 5 foods for good luck in the new year



'Biggest Loser' host Bob Harper's 5 steps to a healthier new year



If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.

Learn More

www.conairclassactionsettlement.com

**marieclaire**   FASHION | BEAUTY | CELEBRITY | POLITICS | CAREER

Unicorn Snot Is the New Year's Eve Beauty Hack You've Been Waiting For

by LAUREN VALENTI

BEAUTY
DEC 27, 2016
SHARE

The Latest Jaw-Dropping Celebrity Hair Transformations

Hair today, gone tomorrow.   by THE EDITORS

BEAUTY
DEC 27, 2016
SHARE

MAKEUP TIPS WE

Conair Corporation : 300x600
Site : Marieclaire.com



Conair Corporation : 300x250
Site : Everydayfamily.com

## ☰ E.L.L.E.  FASHION  BEAUTY  CULTURE  LIFE & LOVE  HOROSCOPES

SUBSCRIBE  FOLLOW  🔍

BEAUTY



# 11 Hair Mansformations That Had Us Shook in 2016

**THIS IS HOW YOU CHOOSE THE RIGHT BROW PRODUCTS**

Pencils, gels, waxes, powders...you name it.

**11 NEW WAYS TO WEAR A FRENCH MANICURE**

Tips are back in a big way.

**THE 5 BIGGEST BEAUTY BREAKTHROUGHS OF 2016**

Smoother skin, fuller lips, and the quickest tattoo-removal ever.

**24 MAGNIFICENT WAYS TO WEAR CURLY HAIR**

Gorgeous.



**Learn More**

If you bought a Conair Infiniti Pro 1875 watt model 259 or 279 hair dryer, you could get a new hair dryer or money from a class action settlement.

www.conairclassactionsettlement.com







# EXHIBIT G

**KCC Class Action Services**

*Czuchaj, et al. v. Conair Corporation II*

**Exclusion Report**

**Count**
3

| ClaimID | Last1 | First1 |
|---|---|---|
| 10006639201 | Davis | Jodi |
| 10008212901 | Ellsworth | William |
| 10031186601 | Yarmoff | Renee |

"REDACTED"

RECEIVED
JAN 06 2017
By_____

02940-341616

ConAir Exclusions
c/o KCC class Action Service
PO BOX 43416
Providence, RI 02940-3416

WESTCHESTER NY 105

05 JAN 2017 PM 2

 "REDACTED"

January 20, 2017

Conair Exclusions
c/o KCC Class Action Services
P.O. Box 43416
Providence, RI 02940-9416

Dear Sir:

I want to be excluded from the Czuchaj, et al. v. Conair Corporation lawsuit and
Hair Dryer Settlement. I am:

William David Ellsworth (W Ellsworth on the notification letter)

"REDACTED"

Very truly yours,

William D. Ellsworth

William D. Ellsworth



ROCHESTER NY 144

23 JAN 2017 PM 11

Conair Exclusions
c/o KCC Class Action Services
P.O. Box 43416
Providence, RI 02940-9416

02940-341616

"REDACTED"

"REDACTED"

December 29, 2016

Conair Exclusions
c/o KCC Class Action Services
P. O. Box 43416
Providence, RI 02940-3416

Re: Czuchaj, et al. v. Conair Corporation
Claim #: CJT-10031186601-24651

Dear Sirs:  I want to be excluded from the Czuchaj, et al. v. Conair Corporation lawsuit and Hair
Dryer Settlement.

Yours truly,

Renee Yarmoff

"REDACTED"



HILO ISLAND HAWAII
31 DEC 2016 PM 4 L

Ovris Eschevne
c/o KCC Class Action Services
P.O. Box 43416
Providence, R.I. 02940-3416

"REDACTED"





RECEIVE
JAN 03 2017
By

# EXHIBIT H

# KCC

3301 Kerner Blvd
San Rafael CA 94901
(415) 798-5900

## *Czuchaj, et al. v. Conair Corporation*
### Weekly Case Status Report
3/6/2017

| | |
|---|---|
| Mailing Date: | 12/21/2016 |
| Claim Deadline: | 3/9/2017 |
| Opt-out Deadline: | 3/9/2017 |
| Final Approval Hearing: | 3/23/2017 |

**SR. PROJECT MANAGER** Deborah McComb
Direct Telephone: (415) 798-3976
Email: DMcComb@kccllc.com

**PROJECT MANAGER** Denise Evelyn
Direct Telephone: (415) 798-5965
Email: DEvelyn@kccllc.com

**PLAINTIFF(S) COUNSEL**

Cohelan, Khoury & Singer
Isam C. Khoury
Jeff Geraci

Odenbreit Law, APC
Katherine J. Odenbreit

Bisnar Chase LLP
Brian D. Chase
Jerusalem F. Beligan

**DEFENSE COUNSEL**

Rosen Saba, LLP
Ryan D. Saba

### Class Statistics

| | |
|---|---|
| Total class members | 482,531 |
| Total opt-outs: | 3 |
| % opt-outs: | 0.00% |
| Total claim forms: | 1,481 |
| % claim forms: | 0.31% |

| | | | Notification Mailings | | | | | | Correspondence | | | | | Claim Forms | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Notices Mailed | Notices Emailed | RUM[1] | RUM Remailed | Email Bouncebacks | Emailed BounceBack Remailed | FOE[2] | FOE Remailed | Timely Opt-Outs Received | Late Opt-Outs Received | Objections Received | Claims Received | Late Claims Received | IVR Calls |
| 12/23/2017 | 25,022 | 6,614 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 |
| 12/30/2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 147 |
| 1/6/2018 | 0 | 0 | 832 | 0 | 370 | 0 | 20 | 0 | 2 | 0 | 0 | 384 | 0 | 117 |
| 1/13/2018 | 0 | 0 | 247 | 627 | 0 | 367 | 0 | 20 | 0 | 0 | 0 | 263 | 0 | 121 |
| 1/20/2018 | 0 | 0 | 112 | 188 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 221 | 0 | 168 |
| 1/27/2018 | 0 | 0 | 58 | 85 | 0 | 0 | 3 | 0 | 1 | 0 | 0 | 135 | 0 | 76 |
| 2/3/2018 | 0 | 0 | 23 | 27 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 107 | 0 | 54 |
| 2/10/2018 | 0 | 0 | 98 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 98 | 0 | 36 |
| 2/17/2018 | 0 | 0 | 23 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 113 | 0 | 37 |
| 2/24/2018 | 0 | 0 | 16 | 15 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 64 | 0 | 29 |
| 3/3/2018 | 0 | 0 | 8 | 8 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 96 | 0 | 34 |
| **Total:** | **25,022** | **6,614** | **1,417** | **999** | **370** | **367** | **26** | **26** | **3** | **0** | **0** | **1,481** | **0** | **841** |

**NOTES**

[1]RUM is an acronym for Returned Undeliverable Mail, indicating mail returned by the United States Postal Service (USPS).
[2]FOE is an acronym for Forward Order Expired, indicating mail returned by the United States Postal Service (USPS) with a forwarding address.
The numbers and statistics on this report are for your reference only and will change throughout the administration process. Final numbers
and statistics shall be provided by the Senior Project Manager once response deadlines have passed and all responses have been properly
validated.

# EXHIBIT I

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

# If you bought a Conair© Infiniti Pro hair dryer, a class action lawsuit may affect your rights.

---

*Includes 1875 watt Infiniti Pro models 259 and 279*

---

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

- Consumers have sued Conair Corporation ("Conair") claiming its Infiniti Pro 259 and 279 model 1875 watt hair dryers are defective. Personal injury and property damage claims are <u>not</u> included in or affected by this lawsuit.

- The Court has allowed the lawsuit to be a class action on behalf of California and New York residents that purchased a Conair 259 or 279 Infiniti Pro 1875 watt hair dryer, anytime after August 15, 2009.

- The Court has not decided whether Conair did anything wrong. There is no money available now and no guarantee there will be. However, your legal rights are affected, and you have a choice to make.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT: | |
|---|---|
| **DO NOTHING** | **Stay in this class action lawsuit.   Await the outcome. Give up certain rights.**<br><br>By doing nothing, you keep the possibility of sharing in money or benefits that may be recovered through trial or settlement, but you will be legally bound by orders and judgments of the Court and will give up the right to sue Conair separately for the legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this class action lawsuit.  Get nothing from it. Keep rights.**<br><br>If you ask to be excluded, you will keep your rights to sue Conair separately for the same legal claims made in this lawsuit, but you will give up your right to possibly share in money or benefits if they are awarded in this case. |

- These options are explained in this notice. To exclude yourself, you must act by August 9, 2016.

# BASIC INFORMATION

| **1.** | **Why did I get this notice?** |

A court authorized this notice because you, or someone in your family, may have purchased a 259 or 279 Infiniti Pro 1875 watt hair dryer sold by Conair sometime between August 15, 2009 and now.  The Court has certified this case as a class action lawsuit and you have the right to know about the lawsuit, and about your options, before the case goes to trial. This notice explains the lawsuit, your legal rights, and your options.

Judge Roger T. Benitez of the United States District Court for the Southern District of California is overseeing this case. The case is titled, *Cynthia L. Czuchaj, et al. v. Conair Corporation*, Case No. 13CV01901 BEN (RBB).

| **2.** | **What is a class action and who is involved?** |

In a class action lawsuit, one or more people, called "Class Representatives" (in this case Cynthia L. Czuchaj and Patricia Carter) sue on behalf of other people that have been affected by the same unlawful conduct and harmed in the same way. Together all of these people are called a "Class" or "Class Members". The Court resolves the claims made in the lawsuit for all Class Members, except for those who exclude themselves from the Class. The people who filed the lawsuit are called the Plaintiffs, and the company they sued, Conair, is called the Defendant.

| **3.** | **Why is this lawsuit a class action?** |

The Court decided that the lawsuit satisfies all of the requirements for class certification under Rule 23 of the Federal Rules of Civil Procedure. The Court's Orders and Opinions explaining its decision are available at www.ConairClassAction.com.

# THE CLAIMS IN THE LAWSUIT

| **4.** | **What is this lawsuit about?** |

The lawsuit is about whether the 259 and 279 Infiniti Pro 1875 watt hair dryers sold by Conair have defectively designed heating coils and electrical cords which cause the dryers to fail, and sometimes injure consumers. The lawsuit claims these Conair hair dryers have (1) a motor that shakes excessively causing coils inside the dryer to touch, short circuit, and in some instances, shoot coils or flames from the barrel (the "Coil Defect"), and (2) an electrical cord that is too short and stiff that, when bent, the cord can break wires and electrical insulation causing electrical shock and fire (the "Cord Defect").

Personal injury and property damage claims are <u>not</u> included in or affected by this lawsuit. If you have been injured or your property has been damaged by one of these Conair hair dryers, you may bring a separate lawsuit against Conair for reimbursement of medical expenses, pain and suffering, and damage to property. Staying in this lawsuit will not prevent you from bringing those claims, but you must hire a separate attorney and bring a separate claim against Conair.

| **5.** | **How does Conair respond to the lawsuit?** |

Conair states that their 259 and 279 Infiniti Pro 1875 watt hair dryers are properly designed and do not contain any defects. They further claim that any problems were caused by failure to follow their safety instructions.

| **6.** | **Has the Court decided who is right?** |

No. The Court has not made a decision regarding the claims made in this lawsuit. The Plaintiffs will present their case and Conair will present their defenses at a trial.

**7.      What benefits are the Plaintiffs asking in this lawsuit?**

The Plaintiffs have filed this lawsuit to obtain reimbursement of some or all of the price consumers paid to purchase the hair dryers.

## WHO IS INCLUDED IN THE CLASS

**8.      How do I know if I am part of the Class?**

The Class includes: All California and New York residents who purchased either a model 259 or 279 Infiniti Pro 1875 watt hair dryer, between August 15, 2009 and the present, sold by Defendant Conair Corporation directly or through a retailer for primarily personal, family, or household purposes, and not for resale.

**9.      Which Conair hair dryers are included?**

Infiniti Pro by Conair 1875 watt hair dryers with model number 259 and 279 are included in this lawsuit. Below is a picture of the hair dryer (colors may vary).



**10.     I haven't had a coil or cord issue with my hair dryer, am I included?**

Yes. You are included in this lawsuit even if your hair dryer has not had a cord or coil issue yet.

## YOUR RIGHTS AND OPTIONS

If you believe you are a Class Member, you have to decide whether to stay in the Class or exclude yourself from it by August 9, 2016.

**11.     What happens if I do nothing?**

If you do nothing, you are choosing to stay in the Class. You will keep the possibility of receiving money or benefits from this lawsuit, but you will give up your right to sue or continue to sue Conair – as part of any other lawsuit – for the same legal claims made in this class action. You will be bound by all orders and judgments of the Court.

**12.     What happens if I exclude myself?**

If you exclude yourself from the Class, you will not be able to receive any money or benefits from this lawsuit if they are awarded or obtained, but you will keep your right to sue Conair as part of another lawsuit for the same claims made in this case. You will not be bound by any of the Court's orders or judgments.

**13.     How do I ask to be excluded from the lawsuit?**

To ask to be excluded, you **must** complete and sign the enclosed "Opt-Out Form". The Opt-Out Form must be postmarked no later than August 9, 2016 and mailed to:

Conair Class Action Notice Administrator<br>
P.O. Box 43416, Providence, RI 02940-3416

**QUESTIONS?  Call 1-844-286-9535 Toll Free, or visit www.ConairClassAction.com**

**14.    If I don't exclude myself, can I sue Conair for the same thing later?**

No. Unless you exclude yourself, you give up the right to sue Conair for the claims made in this lawsuit. If you have a pending lawsuit against Conair for the same claims made in this lawsuit, speak to your lawyer in that lawsuit immediately.

# THE LAWYERS REPRESENTING YOU

**15.    Do I have a lawyer in this case?**

The Court appointed the law firms of Odenbreit Law, APC, Cohelan Khoury & Singer, and Bisnar|Chase LLP to represent you and other Class Members. Together, the lawyers are called Class Counsel. You will not be charged for the work the lawyers have and will perform.  If you want to be represented by your own lawyer, you may hire one at your own expense.

**16.    How will the lawyers be paid?**

If you participate in this lawsuit, you will not be required to personally pay attorneys' fees or expenses to Class Counsel.  This is true whether or not they win or lose this case. Class Counsel will be paid only if the Class wins at trial or if the case settles. If that happens, the attorneys' fees will be paid by Conair or as a percentage of any monetary judgment or settlement in favor of the Class as ordered by the Court.  If there is no recovery, there will be no attorneys' fees paid to the lawyers.

# THE TRIAL

**17.    How and when will the Court decide who is right?**

Judge Benitez set the case for trial on September 13, 2016 in the United States District Court for the Southern District of California, 333 West Broadway, San Diego, California 92101. During the trial, a jury or the Judge will hear all of the evidence and decide whether Plaintiffs or Conair are right about the claims in the lawsuit. There is no guarantee Plaintiffs will win, or that they will get money or benefits for the Class.

**18.    Do I have to come to the trial?**

No. You do not need to attend the trial. Class Counsel will present the case for Plaintiffs and Conair will present its defenses. You, or your own lawyer, are welcome to come at your own expense.

# GETTING MORE INFORMATION

**19.    Are more details about this lawsuit available?**

This notice summarizes the class action lawsuit against Conair.  More details are contained in the court documents, which can be reviewed at www.ConairClassAction.com. You may also call 1-844-286-9535 toll free or write to Conair Class Action Notice Administrator, P.O. Box 43416, Providence, RI 02940-3416 for more information.  Do not contact the Court or the Clerk's Office.

«AccountID»

*Cynthia L. Czuchaj, et al. v. Conair Corporation*

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF CALIFORNIA

Case No. 13CV01901 BEN (RBB)

**Must Be Postmarked
No Later Than
August 9, 2016**



# OPT-OUT FORM

**If you <u>WANT</u> to keep the possibility of being reimbursed
for all or some of the money you paid to buy a Conair Model 259 or
279 Infiniti Pro 1875 watt hair dryer, <u>DO NOT</u> fill out this form.**

**If you <u>DO NOT</u> want to be included in the class,
complete this form in its entirety, sign the form and mail it to:**

**Conair Class Action Notice Administrator
P.O. Box 43416
Providence, RI 02940-3416**

**THIS DOCUMENT MUST BE POSTMARKED NO LATER THAN AUGUST 9, 2016.**

By my signature below, I confirm that I have received, read, and understood the notice of a class action lawsuit; that I have decided to <u>**exclude**</u> myself from the Class; and that I have decided <u>**not**</u> to participate in the lawsuit.  I understand that I will <u>**NOT**</u> receive any money or benefits if I complete and sign this form.

I wish to be <u>**excluded**</u> from the Class described in the class notice and I do <u>**NOT**</u> want to participate in any potential settlement or trial of this case.

Signature: _____ Dated (mm/dd/yyyy): _____

Type or Print Name: _____

Address

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

City                                                                          State      Zip Code

| | | | | | | | | | | | | | | | |     | | |     | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Area code    Telephone number

| | | | — | | | | — | | | |
|---|---|---|---|---|---|---|---|---|---|---|



| FOR CLAIMS PROCESSING ONLY | OB | | CB | | DOC  LC  REV | RED  A  B |
|---|---|---|---|---|---|---|

# EXHIBIT J

Case 3:13-cv-01901-BEN-RBB   Document 358-3   Filed 03/13/17   PageID.13904   Page 57 of 69

## THE INTERPRETER

**MAX FISHER**

# Trying to Know The Unknowable: Why Attackers Strike

Long before Omar Mateen's victims had all been identified, the presumptive nominees for president of the United States were clashing on a seemingly narrow question: Was the massacre an act of "radical Islam"? Donald J. Trump and other Republicans have long used the phrase, partly as a way of suggesting that President Obama privileges political correctness over keeping Americans safe. Democrats have avoided it for fear of exacerbating Islamophobia and legitimizing terrorists' claims to represent a religion. On Monday morning, Hillary Clinton broke with Mr. Obama, using the term herself to describe Mr. Mateen, the Florida security guard who perpetrated the mass shooting.

This debate over terminology might seem like a distraction, but it also speaks to the hardest and most contentious question of all: When a troubled young man murders dozens of people, invoking a group with which he appears to have few real links, how do we classify, and thereby make sense of, what he did?

Orlando, like previous attacks, has prompted an obsessive

### Gays? Guns? Jihad? Perpetual debate on why violence occurs.

search for clues that might allow us to place this violence within a familiar context.

Mr. Trump, by citing "radical Islam," urges a narrative of clashing civilizations and war on terror. Mr. Obama, meanwhile, has focused his outrage on what he sees as the laxity of America's gun laws. And gay rights groups have placed the attack within a long history of homophobic violence.

The question of Mr. Mateen's motivation has ramifications that go well beyond Orlando. Those who seek stricter gun control have an incentive to emphasize his history of domestic violence, threatening statements, emotional problems and contact with the F.B.I. Those who desire a

*The Interpreter is a new column that explores the ideas and context behind major world events. Follow Max Fisher on Twitter @Max_Fisher.*

stronger American response to Islamist terrorism are motivated to see evidence for his ties to the Islamic State, the extremists he cited in a 911 call as the attack was underway.

And for gay rights advocates who yearn for recognition of the scope of their persecution, Mr. Mateen's targeting of a gay club during gay pride month is paramount.

But as more details of Mr. Mateen's life emerge — including reports that he visited the nightclub, Pulse, and used a gay dating app — they have blurred rather than clarified these competing narratives. The question of why this attack happened, and the underlying question of what to do about it, have only become harder to answer.

The discussion of these scattershot and contradictory clues to Mr. Mateen's motivations has become a proxy for an argument over whose narrative is truest and most urgent.

As social media networks and cable news shows in the United States inevitably split along partisan lines, already widened by the presidential campaign, these narratives are increasingly framed as exclusive rather than complementary.

Efforts to divine a motivation speak to something deeper than politics: a desire to make sense of seemingly senseless violence. Offering an explanation — whether it is radical Islam or mental illness or homophobia or gun access — is also a way of trying to comfort ourselves by asserting false clarity over something that is ultimately unknowable: the chain of personal experiences and decisions that led this man to murder 49 people in Orlando.

"There is a strong impulse, particularly in America, to 'do something' after a tragedy like this," said Will McCants, a terrorism expert at the Brookings Institution in Washington. "If we know why the tragedy happened, we'll know what to do."

In truth, Mr. McCants said, terrorist attacks have "a confluence of causes, and because we're dealing with the human mind and the interplay of complex social and political factors, it's difficult to separate the crucial from the incidental."

This uncertainty is particularly acute with the Islamic State's strategy of inspiring so-called lone wolf attacks, through propaganda that encourages supporters around the world to act on their own.

This decentralization has given the group a seemingly global



A memorial for the victims of the Orlando shooting took place on Tuesday outside the Dr. Phillips Center for the Performing Arts.    SAM HODGSON FOR THE NEW YORK TIMES

reach, but put decision making in the hands of individuals who identify with it for their own reasons and with their own agendas. It has blurred the distinction between the motivation of the group and of the individual, between violence that is strategic or that is senseless, between terrorist attacks rooted in ideology and other mass shootings reflecting more personal grievances.

"The motives of lone wolves are tough to pin down," Mr. McCants said. "By definition, they're not part of an organization, so their motives for attacking are bound to be more idiosyncratic."

The holy grail of terrorism studies has, for years, been to identify a standard model or road map for why individuals attack. But repeated scholarly attempts have all failed. It is a deeply personal decision that people make for reasons that are almost entirely individual, and which may or may not even be political.

"How individuals get to this point is really complex, and if we try to boil it down to one factor we're going to miss a lot of that complexity," said Paul Gill, a lecturer at University College London who studies terrorism. "And it's that complexity that we're going to really understand what happened."

This reveals a difficult truth. External factors such as ideology and access to guns, though important, cannot fully explain why someone decides to lash out. Even if every detail of Mr. Mateen's life were ultimately revealed, it would still not fully

answer that most crucial question.

By shoehorning these attacks into familiar narratives — gun violence, homophobia, jihadism — we can make sense of them, helping us to grieve, and also to process the danger and how to respond to it. Even more, it allows us to validate a pre-existing worldview or belief whose truth we feel has gone unacknowledged.

But because no single narrative is ever sufficient, the debate is always unsettled — and always raging.

It's not just Americans who are grappling with this.

In Western Europe, terrorism has become interlocked in debates over immigration and cultural inclusivity — how traditionally secular societies can or should tolerate growing Muslim minorities.

As in the United States, these debates hinge on questions of individual motive that are impossible to pin down: Are terrorists motivated by religion? By economic marginalization?

We want to live in a world where these questions have identifiable answers, and politicians are happy to tell us that they do, so that they can present themselves as the solution.

"Appreciate the compulsion for being right on radical Islamic terrorism," Mr. Trump wrote on Twitter on Sunday. "I don't want congrats, I want toughness & vigilance. We must be smart!"

The "radical Islam" narrative, of all those available, offers perhaps the clearest appeal. It portrays attackers and potential attackers as a monolith, identifiable by common features that are alien to America's non-Muslim majority. And it frames terrorism within the familiar context of a war — something that can be won.

Mr. Obama's emphasis on access to deadly weapons, however, presents terrorism as an extension of crime and therefore something that can only be managed. Still, this approach offers its own villains — politicians and

lobbyists who oppose tighter gun regulations — as well as a simple way for thinking about the threat and how to curtail it.

What these narratives all tend to play down or deny is the degree to which terrorism is driven by individual people making individual decisions.

Political leaders do not want to admit this, as it requires conceding that violence is never fully preventable. Nor can the Islamic State acknowledge that its "soldiers" might sometimes be little more than disturbed individuals grasping for justification. And victims — who could be said to include all citizens of any country targeted by an attack — do not want their trauma to be robbed of meaning.

That may be what is so disturbing about the ultimate unknowability of Mr. Mateen's motivations: not just that there will inevitably be another attack on another soft target in another unsuspecting city, but also that its cause can and will be guessed at, but never really understood.

---

ADVERTISEMENT

**LEGAL NOTICE TO CALIFORNIA AND NEW YORK RESIDENTS**

## If you bought a Conair© Infiniti Pro Hair Dryer, a class action lawsuit may affect your rights.

Consumers filed a class action lawsuit against Conair Corp. ("Conair") claiming that its Infiniti Pro 259 and 279 model 1875 watt hair dryers are defective (the "Hair Dryers"). The lawsuit, *Cuachq, et al. v. Conair Corporation*, Case No. 13CV01901 BEN (RBB), is pending in the U.S. District Court for the Southern District of California. The Court decided this lawsuit should be a class action on behalf of a "Class," or group of people that could include you. There is no money available now and no guarantee that there will be.

### ARE YOU INCLUDED?

You are included in the Class if you are a California or New York resident who bought a Hair Dryer any time from August 15, 2009 until now.

### WHAT IS THIS CASE ABOUT?

The lawsuit claims the design of the Hair Dryers cause: (1) the motor to shake excessively, causing coils to touch, short circuit, and in some cases, shoot coils or flames from the barrel ("Coil Defect"), and (2) the electrical cord connected to the base of some Hair Dryers is too short and stiff, and bending the cord can break wires and electrical insulation, causing electrical shock and fire ("Cord Defect"). Conair denies these claims and contends the Hair Dryers are not defectively designed. The Court has not decided who is right. The lawyers for the Class will have to prove their claims in Court. The lawsuit does not involve claims for personal injuries or property damage.

### WHO REPRESENTS YOU?

The Court has appointed Odenbreit Law, APC, Cohelan Khoury & Singer, and BISNAR|CHASE LLP to represent the Class as "Class Counsel." You don't have to pay Class Counsel or anyone else to participate. If Class Counsel obtains money or benefits for the Class, they will ask the Court for an award of fees and costs, which would be paid separately by Conair or out of any money recovered for the Class. You may hire your own lawyer to appear in Court for you, but if you do, you have to pay that lawyer.

### WHAT ARE YOUR OPTIONS?

If you do nothing, you are choosing to stay in the Class. You will be legally bound by all orders and judgments of the Court, and you won't be able to sue Conair, as part of any other lawsuit, for the claims made in this lawsuit. If money or benefits are obtained, you will be able to request a share. If do not want to stay in the Class, you must ask to be excluded from it by **August 9, 2016**. If you ask to be excluded, you will not be able to get any money or benefits from this lawsuit. You will not be bound by any of the Court's decisions and you will keep your right to sue Conair for these claims in a different lawsuit.

### GETTING MORE INFORMATION.

If you want a detailed notice or other documents about this lawsuit and your rights, call, visit the website, or write to: Conair Class Action Notice Administrator, P.O. Box 43416 Providence RI 02940-3416.

**1-844-286-9535    www.ConairClassAction.com**

---

**THE UNITED NATIONS**

# Security Council Breaks Precedent In Condemning Targeting of Gays

**By SOMINI SENGUPTA**

UNITED NATIONS — For years, diplomats were more comfortable talking about nuclear warheads than sexual orientation.

Sexual orientation was one of those subjects burdened with too many cultural sensitivities. American officials, even if they wanted to advance it on the diplomatic agenda, were wary of offending their allies, not least in the Islamic world.

The attack on a gay nightclub in Orlando, Fla., moved the needle.

In its aftermath, the United States corralled an unlikely group of countries to support a United Nations Security Council statement that condemned the attack for "targeting persons as a result of their sexual orientation." Even Egypt and Russia — not known for embracing their gay and lesbian citizens — signed on, after what diplomats called intense consultations.

Earlier in the day, the United States delivered a pointed rebuke to countries that block gay rights at the United Nations, urging them to "contribute more than condolences and condemnations" after the Orlando attack.

And American embassies in several countries, including India, which still has an antisodomy law on the books, draped themselves in the colors of the rainbow flag that signifies gay pride.

The Security Council statement, which was drafted by the United States and issued Monday, carries no legal weight. But it is the first time that the powerful institution, with the capacity to authorize wars, weighed in on sexual orientation.

Homosexuality is still a crime in 73 of the world's 193 countries,

according to the International Lesbian, Gay, Bisexual, Trans and Intersex Association; in 13, the death penalty can be applied. In some countries, like Egypt, laws against "debauchery" are used to target gays. Russian law prohibits what it calls "propaganda on nontraditional sexual relationships," which critics call a thinly veiled measure to harass gay men and lesbians.

"We're hopefully moving into an era when gross acts of violence are condemned by global leaders rather than when violence motivated by sexual orientation or gender identity" is "dismissed as irrelevant or unworthy," said Jessica Stern, the

### An attack that jolted conversation on a long-avoided subject.

executive director of OutRight Action International, an advocacy group.

Still, she said, the United States will be able to sway others only if it can protect its own citizens. "The more we demonstrate respect for Muslim Americans and the more violence we prevent domestically by passing meaningful gun control, the more credible we are likely to be as a global leader," she said.

Gay rights have steadily moved up the foreign policy agenda in recent years.

In 2011, the United Nations Human Rights Council for the first time passed a resolution condemning discrimination based on sexual orientation and gender identity. In 2014, Secretary General Ban Ki-moon, an

outspoken advocate for gay rights, announced that the United Nations would recognize same-sex unions of employees who are married in a jurisdiction where same-sex marriage is legal, including New York.

But gay rights still remain a point of contention.

Just last month, many countries, including dozens belonging to the Organization of Islamic Cooperation, blocked the participation of 22 advocacy groups, some representing gay, lesbian and transgender people, from an international meeting devoted to stemming the AIDS epidemic. The United States lobbied to allow them to participate.

Gay rights have been front and center in American diplomacy at least since 2011, when Hillary Clinton, then the secretary of state, declared at the United Nations in Geneva that "gay rights are human rights, and human rights are gay rights."

In 2015, the State Department appointed Randy W. Berry as its first envoy for the human rights of lesbian, gay, bisexual, transgender and intersex people.

The attack in Orlando on Sunday enabled the United States to elevate the issue on the diplomatic agenda. On Monday morning, as the world was still absorbing the news of the attack, the alternate United States ambassador to the United Nations, David Pressman, told the 193-member General Assembly that condolences were not enough.

"If we are united in our outrage by the killing of so many — and we are — let us be equally united around the basic premise of upholding the universal dignity of all persons regardless of who they love, not just around condemning the terrorists who kill them," Mr. Pressman said.

P2JW167000-0-C01000-1-------XA

C10 | Wednesday, June 15, 2016                                                                THE WALL STREET JOURNAL.

## CREDIT MARKETS

### Tracking Bond Benchmarks

Return on investment and spreads over Treasurys and yields paid to investors compared with 52-week highs and lows for different types of bonds

### Global Government Bonds: Mapping Yields

Yields and spreads over or under U.S. Treasurys to benchmark two-year and 10-year government bonds in selected other countries; arrows indicate whether the yield rose (▲) or fell (▼) in the latest session

Source: Tullett Prebon

### Corporate Debt

Price moves by a company's debt in the credit markets sometimes mirror and sometimes anticipate moves in that same company's share price. Here's a look at both for two companies in the news.

#### Investment-grade spreads that tightened the most...

#### ...And spreads that widened the most

#### High-yield issues with the biggest price increases...

#### ...And with the biggest price decreases

Sources: MarketAxess Corporate BondTicker; WSJ Market Data Group

ADVERTISEMENT

## Legal Notices

To advertise: 800-366-3975 or WSJ.com/classifieds

### CLASS ACTIONS

**LEGAL NOTICE TO CALIFORNIA AND NEW YORK RESIDENTS**

## If you bought a Conair® Infiniti Pro Hair Dryer, a class action lawsuit may affect your rights.

Consumers filed a class action lawsuit against Conair Corp. ("Conair") claiming that its Infiniti Pro 259 and 279 model 1875 watt hair dryers are defective (the "Hair Dryers"). The lawsuit, *Czuchaj, et al. v. Conair Corporation*, Case No. 13CV01901 BEN (RBB), is pending in the U.S. District Court for the Southern District of California. The Court decided this lawsuit should be a class action on behalf of a "Class," or group of people that could include you. There is no money available now and no guarantee that there will be.

### ARE YOU INCLUDED?

You are included in the Class if you are a California or New York resident who bought a Hair Dryer any time from August 15, 2009 until now.

### WHAT IS THIS CASE ABOUT?

The lawsuit claims the design of the Hair Dryers cause: (1) the motor to shake excessively, causing coils to touch, short circuit, and in some cases, shoot coils or flames from the barrel ("Coil Defect"), and (2) the electrical cord connected to the base of some Hair Dryers is too short and stiff, and bending the cord can break wires and electrical insulation, causing electrical shock and fire ("Cord Defect"). Conair denies these claims and contends the Hair Dryers are not defectively designed. The Court has not decided who is right. The lawyers for the Class will have to prove their claims in Court. The lawsuit does not involve claims for personal injuries or property damage.

### WHO REPRESENTS YOU?

The Court has appointed Odenbreit Law, APC, Cohelan Khoury & Singer, and BISNAR|CHASE LLP to represent the Class as "Class Counsel." You don't have to pay Class Counsel or anyone else to participate. If Class Counsel obtains money or benefits for the Class, they will ask the Court for an award of fees and costs, which would be paid separately by Conair or out of any money recovered for the Class. You may hire your own lawyer to appear in Court for you, but if you do, you have to pay that lawyer.

### WHAT ARE YOUR OPTIONS?

If you do nothing, you are choosing to stay in the Class. You will be legally bound by all orders and judgments of the Court, and you won't be able to sue Conair, as part of any other lawsuit, for the claims made in this lawsuit. If money or benefits are obtained, you will be able to request a share. If do not want to stay in the Class, you must ask to be excluded from it by **August 9, 2016**. If you ask to be excluded, you will not be able to get any money or benefits from this lawsuit. You will not be bound by any of the Court's decisions and you will keep your right to sue Conair for these claims in a different lawsuit.

### GETTING MORE INFORMATION.

If you want a detailed notice or other documents about this lawsuit and your rights, call, visit the website, or write to: Conair Class Action Notice Administrator, P.O. Box 43416 Providence RI 02940-3416.

## 1-844-286-9535      www.ConairClassAction.com

### PUBLIC NOTICES

### NOTICE OF SALE

NOTICE TO CREDITORS
of MAPLE BANK GmbH, TORONTO BRANCH
(also known as Maple Bank – Toronto Branch)
(hereinafter referred to as the "Bank")

KPMG

© 2016 KPMG Inc. All rights reserved.

### BIDS & PROPOSALS

ADVERTISEMENT

## The Mart

To advertise: 800-366-3975 or WSJ.com/classifieds

| BUSINESS OPPORTUNITY | BUSINESS OPPORTUNITY | BUSINESS FOR SALE |

### BUSINESS OPPORTUNITY

### MEDICAL DEVICE FOR SALE
$25,500,000.00

### CAPITAL WANTED

### LED Inventory for sale

### CAPITAL AVAILABLE

### FIXED INCOME

### TRAVEL

## Save Up To 60%
### First & Business

## LEGAL NOTICE TO CALIFORNIA AND NEW YORK RESIDENTS

# If you bought a Conair© Infiniti Pro Hair Dryer, a class action lawsuit may affect your rights.

Consumers filed a class action lawsuit against Conair Corp. ("Conair") claiming that its Infiniti Pro 259 and 279 model 1875 watt hair dryers are defective (the "Hair Dryers"). The lawsuit, *Czuchaj, et al. v. Conair Corporation*, Case No. 13CV01901 BEN (RBB), is pending in the U.S. District Court for the Southern District of California. The Court decided this lawsuit should be a class action on behalf of a "Class," or group of people that could include you. There is no money available now and no guarantee that there will be.

### ARE YOU INCLUDED?

You are included in the Class if you are a California or New York resident who bought a Hair Dryer any time from August 15, 2009 until now.

### WHAT IS THIS CASE ABOUT?

The lawsuit claims the design of the Hair Dryers cause: (1) the motor to shake excessively, causing coils to touch, short circuit, and in some cases, shoot coils or flames from the barrel ("Coil Defect"), and (2) the electrical cord connected to the base of some Hair Dryers is too short and stiff, and bending the cord can break wires and electrical insulation, causing electrical shock and fire ("Cord Defect"). Conair denies these claims and contends the Hair Dryers are not defectively designed. The Court has not decided who is right. The lawyers for the Class will have to prove their claims in Court. The lawsuit does not involve claims for personal injuries or property damage.

### WHO REPRESENTS YOU?

The Court has appointed Odenbreit Law, APC, Cohelan Khoury & Singer, and BISNAR|CHASE LLP to represent the Class as "Class Counsel." You don't have to pay Class Counsel or anyone else to participate. If Class Counsel obtains money or benefits for the Class, they will ask the Court for an award of fees and costs, which would be paid separately by Conair or out of any money recovered for the Class. You may hire your own lawyer to appear in Court for you, but if you do, you have to pay that lawyer.

### WHAT ARE YOUR OPTIONS?

If you do nothing, you are choosing to stay in the Class. You will be legally bound by all orders and judgments of the Court, and you won't be able to sue Conair, as part of any other lawsuit, for the claims made in this lawsuit. If money or benefits are obtained, you will be able to request a share. If you do not want to stay in the Class, you must ask to be excluded from it by **August 9, 2016**. If you ask to be excluded, you will not be able to get any money or benefits from this lawsuit. You will not be bound by any of the Court's decisions and you will keep your right to sue Conair for these claims in a different lawsuit.

### GETTING MORE INFORMATION.

If you want a detailed notice or other documents about this lawsuit and your rights, call, visit the website, or write to: Conair Class Action Notice Administrator, P.O. Box 43416 Providence RI 02940-3416.

**1-844-286-9535     www.ConairClassAction.com**



DARRYL McDANIELS

# FINDING MY VOICE AGAIN

**Depression and alcoholism nearly killed him, but the Run-DMC star has a new lease on life**
*By JEFF NELSON*

Photographs by SPENCER HEYFRON

For years Darryl "DMC" McDaniels, a member of the groundbreaking hip-hop group Run-DMC, had struggled with alcoholism and depression. There was strife within the band; he had been hospitalized with pancreatitis; and in 1999 he was diagnosed with spasmodic dysphonia, a throat condition he felt was robbing him of his voice. But McDaniels, 52, says he didn't *really* understand darkness until the day in 2000 when, in a reflective mood, he was asking his mom about the details of his birth and she seemed uneasy. Then "she calls back with my father," McDaniels says. And they dropped a

**HIP-HOP PIONEERS** McDaniels (center) with bandmates Jason "Jam Master Jay" Mizell and Joseph "Run" Simmons in 1989.

LEGAL NOTICE TO CALIFORNIA AND NEW YORK RESIDENTS

## If you bought a Conair© Infiniti Pro Hair Dryer, a class action lawsuit may affect your rights.

Consumers filed a class action lawsuit against Conair Corp. ("Conair") claiming that its Infiniti Pro 259 and 279 model 1875 watt hair dryers are defective (the "Hair Dryers"). The lawsuit, *Czachaj, et al. v. Conair Corporation*, Case No. 13CV01901 BEN (RBB), is pending in the U.S. District Court for the Southern District of California. The Court decided this lawsuit should be a class action on behalf of a "Class," or group of people that could include you. There is no money available now and no guarantee that there will be.

### ARE YOU INCLUDED?

You are included in the Class if you are a California or New York resident who bought a Hair Dryer any time from August 15, 2009 until now.

### WHAT IS THIS CASE ABOUT?

The lawsuit claims the design of the Hair Dryers cause: (1) the motor to shake excessively, causing coils to touch, short circuit, and in some cases, shoot coils or flames from the barrel ("Coil Defect"), and (2) the electrical cord connected to the base of some Hair Dryers is too short and stiff, and bending the cord can break wires and electrical insulation, causing electrical shock and fire ("Cord Defect"). Conair denies these claims and contends the Hair Dryers are not defectively designed. The Court has not decided who is right. The lawyers for the Class will have to prove their claims in Court. The lawsuit does not involve claims for personal injuries or property damage.

### WHO REPRESENTS YOU?

The Court has appointed Odenbreit Law, APC, Cohelan Khoury & Singer, and BISNAR/CHASE LLP to represent the Class as "Class Counsel." You don't have to pay Class Counsel or anyone else to participate. If Class Counsel obtains money or benefits for the Class, they will ask the Court for an award of fees and costs, which would be paid separately by Conair or out of any money recovered for the Class. You may hire your own lawyer to appear in Court for you, but if you do, you have to pay that lawyer.

### WHAT ARE YOUR OPTIONS?

If you do nothing, you are choosing to stay in the Class. You will be legally bound by all orders and judgments of the Court, and you won't be able to sue Conair, as part of any other lawsuit, for the claims made in this lawsuit. If money or benefits are obtained, you will be able to request a share. If do not want to stay in the Class, you must ask to be excluded from it by **August 9, 2016.** If you ask to be excluded, you will not be able to get any money or benefits from this lawsuit. You will not be bound by any of the Court's decisions and you will keep your right to sue Conair for these claims in a different lawsuit.

### GETTING MORE INFORMATION.

If you want a detailed notice or other documents about this lawsuit and your rights, call, visit the website, or write to: Conair Class Action Notice Administrator, P.O. Box 43416 Providence RI 02940-3416.

**1-844-286-9535**
**www.ConairClassAction.com**



## ELIAS **SCHENDLER**
8, Basalt, Colo.

What he collects **GARDEN GNOMES**

How many he has **37—"I want to wind up with 100."**

*Where he keeps them* "I have a gnome garden with plants and a table with big gnomes on it."

*How he got started* "I've been collecting since I was 6 or 7. I got into them because there was a gnome camp at an environmental center I went to and we built gnome houses."

*Why he loves them* "They're cool little creatures that are like people but smaller and have little red hats. They have cool stories and they're friends with animals." Elias' dad, Auden Schendler, says, "Elias

is into nature. He sees them as a connection to the world."

*His favorite* "I like all of them, they're all cool. But one that's really funny is holding candy."

*Where he gets them* "Some I get as gifts. Some I buy. There's this garden store that has a gnome section. Also I buy on Amazon. Sometimes I buy old gnomes. My friend Jimmy brought me one from an estate sale. And some just show up at my house because they want to be part of my gnome village."

Go to *Parade.com/treasures* for more collections and to find out how most start.



**SAFE STEP WALK-IN TUB CO.**
www.GoToSafeStepTub.com

## Safety Never Felt So Good™

**Call today and receive exclusive savings of**
# $1500
**FOR A LIMITED TIME ONLY**

**Free Upgrade!**
✓ Heated Seats
✓ Heated Backrest

### You've seen these ads for years...Now is the time to call!

# HERE'S WHY:

✓ New Heated Seat & Backrest
✓ New *MicroSoothe®* Technology
✓ Fast & Clean Installation
✓ Lifetime Warranty on the Entire Tub
✓ Financing Available with Approved Credit

**For your FREE information kit & DVD, and our Senior Discounts, Call Today Toll-Free**

A Safe Step Walk-In Tub provides the freedom and independence you deserve for bathing safely and comfortably in your own home. We make replacing your old tub with a brand new tub so simple and easy – you'll wonder why you didn't call sooner.

**Built for safety, designed for comfort — and now even more affordable — save $1,500 today!**

- Our 'easy-entry' tubs feature low 'step-ins' – you just walk right in – perfect for those with reduced mobility or limited range of motion.
- Every tub comes with ergonomic seating, built-in grab bars and anti-slip flooring. Plus, all controls are easy to reach, hold and turn.
- Relax with 10 hydro-massage jets and our *MicroSoothe®* Air Therapy System positioned perfectly to target sore muscles and joints – your tub is like a therapeutic spa!

If you absolutely, positively love your current tub, don't call. But if you're curious to learn more about North America's #1 selling walk-in tub – and desire the relaxing, spa-like features that only our tub offers — we want you to call today.

# 1-800-227-8589
www.GoToSafeStepTub.com

# EXHIBIT K

Czuchaj, et al. v. Conair Corporation : 728x90
Site : Instyle.com







**InStyle**

SUBSCRIBE | GIVE A GIFT

MIMI xoJANE

FASHION   CELEBRITY   HAIR   BEAUTY   LIFE & HOME   CULTURE   WEDDINGS   HOW-TO   VIDEO

**TONY AWARDS**
See the Best Looks from the 2016 Tony Awards
287 SHARES

**MAKEUP**
7 Celebrity Makeup Artists Share Their Favorite Bronzers for Summer Ready Skin
3 SHARES

**VIDEOS**
Jessica Alba Concealed Her Then Baby Bump with This One Dress
109 SHARES

**FASHION**
How to Wear Head to Toe Black in the Summer
222 SHARES

The Latest

If you bought a Conair® Infiniti Pro® Hair Dryer, a class action lawsuit may affect your rights.
You may need to opt-out to protect your rights.
LEARN MORE
www.ConairClassAction.com

If you bought a Conair®
Infiniti Pro® Hair Dryer,
a class action lawsuit
may affect your rights.
You may need to opt-out
to protect your rights.

LEARN MORE

www.ConairClassAction.com

☰  ELLE   FASHION   BEAUTY   CULTURE   LIFE & LOVE   HOROSCOPES   🔍



HAIRSTYLES & HAIRCUTS    SHARE

### LION BABE'S JILLIAN HERVEY JUST LANDED A MAJOR BEAUTY CONTRACT   BY HARPER'S BAZAAR

The curly-haired singer is the new face of Pantene.



HAIRSTYLES & HAIRCUTS    SHARE

### KENDALL JENNER SHOWS HER LOB OFF

With summer comes lots of celeb hair changes.

BY ELLE.COM





HEALTH & FITNESS    SHARE

### THE 5 BEST TYPES OF ZIKA-FIGHTING BUG SPRAYS

Mosquito repellent is more essential than ever.

Czuchaj, et al. v. Conair Corporation : 160x600
Site : Luxurylifestyle.com



Czuchaj, et al. v. Conair Corporation : 728x90
Site : Bakersfieldnow.com

Czuchaj, et al. v. Conair Corporation : 300x250
Site : Nydailynews.com

Monday, June 13, 2016 | NYDailyNews.com / Entertainment

# DAILY●NEWS

GOSSIP GAMES ENTERTAINMENT PICS TV MOVIES MUSIC THEATER & ARTS COMICS

NEW YORK SPORTS NEWS ENTERTAINMENT HOROSCOPES LIFESTYLE OPINION AUTOS

Follow @NYDailyNews    LOGIN ▾    SUBSCRIPTIONS & SERVICES ≡    Q



If you bought a Conair® Infiniti Pro® Hair Dryer, a class action lawsuit may affect your rights.

You may need to opt-out to protect your rights.

LEARN MORE

www.ConairClassAction.com

(Y) Lufthansa
LH.com

## CONFIDENTI@L

### Disgraced 'Stockbroker to the Stars' Dana Giacchetto dead after hard night of partying

'Stockbroker to the Stars' Dana Giacchetto lived high and died low — former Leo DiCaprio pal found dead.



EDITOR'S PICKS

Khloe Kardashian calls marriage with Lamar Odom 'depressing'





## Adam Levine offers to pay for 'Voice' protégé Christina Grimmie's funeral

Adam Levine has offered to pay for former contestant Christina Grimmie's funeral, according to her brother Marcus.



### Disgraced 'Stockbroker to the Stars' Dana Giacchetto found dead in Upper West Side apartment after hard partying






# EXHIBIT L



P.O. Box 6191, Novato, CA 94948-6191
415-798-5900, 800-211-5201
Fax: 415-892-7354
www.kccllc.com
Fed Tax ID# 20-8049009

Czuchaj, et al. v. Conair Corporation
Jeff Geraci, Esq.
Cohelan Khoury & Singer
605 "C" Street, Suite 200
San Diego CA 92101

| | |
|---|---|
| **Contact** | Deborah McComb |
| **Telephone** | 415-798-3976 |
| **Reference Number** | COZ |

| Account Number | COZ_ROS | Invoice Date | 22 August 2016 |
|---|---|---|---|
| Invoice Number | US_ASG1083547 | Due Date | 21 September 2016 |

For services rendered through the end of July 2016

| Expenses | Units | Rate | Amount |
|---|---|---|---|
| Published Notice | | | $221,810.00 |
| NCOA | | | $250.00 |
| Notice;Post Card;06/10/2016 | 24,674 | $0.08 | $1,973.92 |
| First Class Postage | | | $8,082.53 |
| Email Notice & Claim Forms | 6,763 | $0.37 | $2,502.31 |
| Notice & Claim Form Requests | 177 | $1.50 | $265.50 |
| Data Entry - Remails | 33 | $0.50 | $16.50 |
| Remail - Initial | 33 | $0.85 | $28.05 |
| Website Setup | 1 | $175.00 | $175.00 |
| Website Hosting | 2 | $50.00 | $100.00 |
| IVR Line Charges | 1,490.9 | $0.18 | $268.36 |
| IVR Programming | | | $3,000.00 |
| IVR Monthly Fees | 2 | $50.00 | $100.00 |
| IVR Transcriptions | 248 | $0.60 | $148.80 |
| Annual PO Box Fee | 1 | $1,280.00 | $1,280.00 |
| **Total Expenses** | | | **$240,000.97** |



| Account Number | COZ_ROS | | Invoice Date | 22 August 2016 |
|---|---|---|---|---|
| Invoice Number | US_ASG1083547 | | Due Date | 21 September 2016 |

For services rendered through the end of July 2016

| Staff Hours | Units | Rate | Amount |
|---|---|---|---|
| Data Development | 21.99 | $100.00 | $2,199.00 |
| Document Development | 32.29 | $100.00 | $3,229.00 |
| Print Production | 15.85 | $100.00 | $1,585.00 |
| IVR Development and Maintenance | 10.36 | $100.00 | $1,036.00 |
| Website Development and Maintenance | 7.75 | $100.00 | $775.00 |
| E-mail Campaign | 2.25 | $100.00 | $225.00 |
| Undeliverable Mail Processing | 0.58 | $100.00 | $58.00 |
| Case Processing | 6.19 | $100.00 | $619.00 |
| Exclusion & Objection Processing | 0.25 | $100.00 | $25.00 |
| Reporting and Declarations | 3 | $100.00 | $300.00 |
| Case Setup, Planning and Management | 33.58 | $100.00 | $3,358.00 |
| **Total Staff Hours** | | | **$13,409.00** |

| | |
|---|---|
| **Invoice Subtotal** | **$253,409.97** |
| **Total Sales and Use Tax** | **$567.67** |
| **Total Amount Due** | **$253,977.64** |

Please detach and return this portion of the statement with your check to the address listed below.

Please reference your Account Number and Invoice Number on your Remittance.

| | | | |
|---|---|---|---|
| **Account Number** | COZ_ROS | **Remit Check Payments to:** | **Wire Payments to:** |
| **Invoice Number** | US ASG1083547 | Kurtzman Carson Consultants LLC | Kurtzman Carson Consultants LLC |
| **Total Amount Due** | $253,977.64 | Dept CH 16639 | HSBC Bank, NA |
| | | Palatine, IL 60055-6639 | 452 Fifth Avenue |
| **Amount Paid** | $ | | New York, NY 10081 |
| | | | Account # 000183571 |
| | | | FED ABA # 021001088 |
| | | | ACH Routing # 022000020 |