**ODENBREIT LAW, APC**
Katherine J. Odenbreit (SBN 184619)
  *kodenbreit@odenbreitlaw.com*
16835 Algonquin Street, Suite 221
Huntington Beach, California 92649
Telephone: 888/490-3510; Facsimile: 714/908-7628

**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 60827)
  *tcohelan@ckslaw.com*
Jeff Geraci (SBN 151519)
  *jgeraci@ckslaw.com*
605 C Street, Suite 200
San Diego, California 92101
Telephone: 619/595-3001; Facsimile: 619/595-3000

**BISNAR|CHASE LLP**
Brian D. Chase (SBN 164109)
  *bchase@bisnarchase.com*
Jerusalem F. Beligan (SBN 211258)
  *jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999; Facsimile: 949/752-2777

Attorneys for Plaintiffs and the Certified Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia L. Czuchaj, a California resident; Angelique Mundy, a Pennsylvania resident; Barbara McConnell, a Michigan resident; and Patricia Carter, a New York resident, individually and on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>     vs.<br><br>Conair Corporation, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                 Defendants. | CASE NO. 13CV01901 BEN (RBB)<br><br>**CLASS ACTION**<br><br>SUPPLEMENTAL DECLARATION OF DEBORAH MCCOMB RE: CLAIMS<br><br>Date:     March 23, 2017<br>Time:    10:30 a.m.<br>Judge:   Hon. Roger T. Benitez<br>Place:    Courtroom 5A<br>             221 West Broadway<br>             San Diego, CA 92101 |

I, Deborah McComb, declare:

1. I am a Senior Project Manager at Kurtzman Carson Consultants LLC ("KCC"). I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. This declaration supplements my declaration executed March 13, 2017.

3. As of March 21, 2017, KCC received 1,738 Claim Forms, including 18 postmarked after the March 9, 2017 claims deadline. KCC is continuing to audit all claims for accuracy. Of the 1,736 Claims processed, KCC has initially determined 431 claims are valid; 4 for replacement Hair Dryers and 427 for an award amount of five dollars ($5). 579 claims are deficient for various reasons such as; Claims not signed, Model number blank, and no Plug Code (Consumers no longer have the subject Hair Dryer). KCC will send 579 deficiency letters to these claimants with a thirty (30) day cure date. 726 claims have been denied for various reasons such as; Purchase State not California or New York, and Date of Purchase not in Class Period.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed March 21, 2017, at San Rafael, California.

_____
Deborah McComb

- 2 -
Supplemental Declaration Deborah McComb Re: Claims
Case No. 13CV01901 BEN (RBB)

# PROOF OF SERVICE

*Czuchaj v. Conair Corporation*
**U.S.D.C. Case No. 13-CV-1901 BEN (RBB)**

I, Amber Worden, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite. 200, San Diego, CA 92101.

On March 21, 2017, I instituted service of the forgoing document(s) described as:

**SUPPLEMENTAL DECLARATION OF DEBORAH MCCOMB RE: CLAIMS**

on the following parties:

| **Counsel for Defendant** | **Co-Counsel for Plaintiffs** |
|---|---|
| Ryan D. Saba, Esq.<br>Momo E. Takahashi, Esq.<br>ROSEN SABA LLP<br>9350 Wilshire Blvd., Suite 250<br>Beverly Hills, CA 90212<br>rsaba@rosensaba.com<br>mtakahashi@rosensaba.com | Katherine J. Odenbreit, Esq.<br>ODENBREIT LAW, APC<br>16835 Algonquin Street, Suite 221<br>Huntington Beach, CA 92649<br>kodenbreit@kjolaw.com<br><br>Brian D. Chase, Esq.<br>Jerusalem F. Beligan, Esq.<br>BISNAR \| CHASE<br>1301 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>chase@bisnarchase.com<br>jbeligan@bisnarchase.com |

in the following manner:

__x__ Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.casd.uscourts.gov.

Service will be deemed effective as provided for by General Order 550 of the District Court of California, Southern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed March 21, 2017 at San Diego, California.

*/s/ Amber Worden*
Amber Worden