**ODENBREIT LAW, APC**
KATHERINE J. ODENBREIT (SBN 184619)
kodenbreit@odenbreitlaw.com
16835 Algonquin Street, Suite 221
Huntington Beach, California 92649
Telephone: 888/490-3510; Facsimile: 714/908-7628

**COHELAN KHOURY & SINGER**
TIMOTHY D. COEHELAN (SBN 60827)
tcohelan@ckslaw.com
JEFF GERACI (SBN 151519)
jgeraci@ckslaw.com
605 C Street, Suite 200
San Diego, California
Telephone: 619/595-3001; Facsimile: 619/595-3000

**BISNAR|CHASE LLP**
BRIAN D. CHASE (SBN 164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (SBN 211258)
jbeligan@bisnarchase.com
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999; Facsimile: 949/752-2777

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia L. Czuchaj, a California resident; Angelique Mundy, a Pennsylvania resident; Barbara McConnell, a Michigan resident; and Patricia Carter, a New York resident, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　　vs.<br><br>Conair Corporation, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 13CV01901 BEN (RBB)<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR AMENDMENT TO ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT THEREON; DECLARATION OF KATHERINE J. ODENBREIT; [PROPOSED] ORDER** |

- 1 -

Joint Motion for Amendment to Order Granting Final Approval of Class Action Settlement and Entering Judgment Thereon - Case No. 13CV01901 BEN (RBB)

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Cynthia Czuchaj, Angelique Mundy, Barbara McConnell and Patricia Carter, on behalf of themselves and others similarly situated ("Plaintiffs") and Defendant Conair Corporation ("Conair"), by and through their counsel of record, enter into the following stipulation and jointly request the Court approve an amendment to the Order Granting Final Approval of Class Action Settlement and Entering Judgment Thereon:

WHEREAS, on March 31, 2017 the Court entered an Order Granting Final Approval of Class Action Settlement and Entering Judgment Thereon ("Order"), Docket No. 362.

WHEREAS, the Order in Paragraph 19 approves the application of Class Counsel for attorneys' fees.

WHEREAS, co-Class Counsel, Katherine J. Odenbreit, desires to receive her firm's portion of the awarded attorney's fees in periodic payments and/or lump sum payments on a deferred basis, such as through an annuity.

WHEREAS, co-Class Counsel and Defendants do not oppose this request.

WHEREAS, in order to effectuate this request, the Settlement Administrator, Kurtzman Carson Consultants ("KCC") has directed counsel to request Court approval of the proposed amendment.

WHEREAS, the parties agree and jointly request that Paragraph 19 of the Order be amended and supplemented as follows:

"Class counsel may elect to have all or part of his/their attorneys fee award paid in periodic payments through a structured settlement arrangement entered into prior to the payment of such fees to class counsel. Notwithstanding any term in the Settlement Agreement to the contrary, any fees awarded to class counsel to be

- 2 -

1  so structured shall be paid by the settlement administrator to an assignment

2  company(ies) pursuant to assignment and release agreements reasonably

3  acceptable to the settlement administrator ("Assignment Agreements").  Class

4  counsel has no present right to payment of any structured fees that are the subject

5  of Assignment Agreements.  Prior to the payment by the settlement administrator

6  under any Assignment Agreements, class counsel shall indemnify and hold

7  harmless the settlement administrator administering the Settlement Fund.  The

8  Court authorizes the settlement administrator to execute documents and take such

9  actions as may be necessary to effectuate the assignment and payment of fees

10  under any Assignment Agreement."

11       THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY

12  REQUESTED, subject to the approval of this Court, that:

13       The Court approve the Amendment to the Order as set forth in the Proposed

14  Order submitted herewith.

15  DATED:      May 2, 2017

16

17                         By: _____/s/ Katherine J. Odenbreit _____
                              KATHERINE J. ODENBREIT
18                            ODENBREIT LAW, APC
19                            Attorneys for Plaintiff, CYNTHIA L. CZUCHAJ, et al.

20  DATED:      May 2, 2017   By: _____/s/ Jeff Geraci_____
                              JEFF GERACI
21                            COHELAN, KHOURY & SINGER
22                            Attorneys for Plaintiffs, CYNTHIA L. CZUCHAJ, et al

23  DATED:      May 2, 2017   By: ____/s/ Jerusalem Beligan_____
                              JERUSALEM BELIGAN
24                            BISNAR │CHASE LLP
                              Attorneys for Plaintiffs, CYNTHIA L. CZUCHAJ, et al
25  DATED:      May 2, 2017

26
                         By: ___/s/ Ryan D. Saba_____
27                            RYAN D. SABA
                              ROSEN SABA LLP
28                            Attorneys for Defendant CONAIR CORPORATION

- 3 -

## ECF Certification

The filing attorney attests that she has obtained concurrence regarding the filing of this document from all of the signatories to this document.

Date:  May 2, 2017                    s/ Katherine J. Odenbreit
                                      Katherine J. Odenbreit (SBN 184619)
                                      ODENBREIT LAW, APC

Joint Motion for Amendment to Order Granting Final Approval of Class Action Settlement and Entering Judgment Thereon - Case No. 13CV01901 BEN (RBB)