**ODENBREIT LAW, APC**
KATHERINE J. ODENBREIT (SBN 184619)
kodenbreit@odenbreitlaw.com
16835 Algonquin Street, Suite 221
Huntington Beach, California 92649
Telephone: 888/490-3510; Facsimile: 714/908-7628

**COHELAN KHOURY & SINGER**
TIMOTHY D. COEHELAN (SBN 60827)
tcohelan@ckslaw.com
JEFF GERACI (SBN 151519)
jgeraci@ckslaw.com
605 C Street, Suite 200
San Diego, California
Telephone: 619/595-3001; Facsimile: 619/595-3000

**BISNAR|CHASE LLP**
BRIAN D. CHASE (SBN 164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (SBN 211258)
jbeligan@bisnarchase.com
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999; Facsimile: 949/752-2777

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cynthia L. Czuchaj, a California resident; Angelique Mundy, a Pennsylvania resident; Barbara McConnell, a Michigan resident; and Patricia Carter, a New York resident, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Conair Corporation, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 13CV01901 BEN (RBB)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KATHERINE J. ODENBREIT IN SUPPORT OF AMENDMENT TO ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ENTERING JUDGMENT THEREON** |

- 1 -
Declaration of Katherine J. Odenbreit ISO Amendment to Order Granting Final Approval of Class Action Settlement and Entering Judgment Thereon - Case No. 13CV01901 BEN (RBB)

I, KATHERINE J. ODENBREIT, declare and state as follows:

1.  I am an attorney duly admitted to practice before this Court. I am Of Counsel to Mahoney Law Group, APC, and a principal with the law firm of Katherine J. Odenbreit, APC dba Odenbreit Law, APC, co-Class Counsel counsel of record for Plaintiffs and the Settlement Class. If called as a witness, I would competently testify to all facts contained in this declaration.

2.  On March 31, 2017 the Court entered its "Order Granting Final Approval of Class Action Settlement and Entering Judgment re Motion for Attorney Fees and Motion for Settlement" (hereinafter "Order"), Docket No. 362.  The Order was the culmination of a hard-fought litigation for nearly three years.

3.  I am requesting an amendment to the Order which will permit me to receive a portion of the attorney's fees awarded to my firm by the Court in this matter in the form of periodic payments and/or a lump-sum payment, or both, in such a manner that payment of all or any part of my attorney's fees may be deferred, such as in the case of an annuity.

4.  Kurtzman Carson Consultants ("KCC"), the Settlement Administrator, will be sent my portion of the attorney's fees from Conair Corporation.  KCC has directed me to request Court approval of an amendment to the Order which will enable them to handle and disburse my attorney's fees so as to permit a portion of attorney's fees to be paid in periodic payments.

5.  The proposed amendment does not affect the amount of the attorney's fees awarded or to be paid.  The proposed amendment does not in any way affect the payments to Co-Class counsel for attorney's fees.  The proposed amendment does not affect payments to any Class Member.  The proposed amendment does not change any of the other provisions of the Order entered by the Court.

6.  The Court has the power, authority and jurisdiction to amend the Order. The Order specifies in Paragraph 24 that "Without affecting the finality of this Order in any way, the Court retains jurisdiction of all matters relating to the interpretation,

administration, implementation, effectuation and enforcement of this Order and the Settlement." The proposed amendment affects only the *administration, implementation or effectuation* of the distribution by the Settlement Administrator of my firm's portion of the attorney's fees which were awarded and ordered by the Court.

7. I respectfully request that the Court amend the Order as proposed, so that I will be afforded the flexibility of being able to receive payment of my portion of the attorney's fees in periodic and/or lump sum payments thereby expanding the options available to me regarding these attorney's fees.

8. All of the foregoing demonstrates good cause for the Court's approval of the proposed amendment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 2, 2017 in Huntington Beach, California.

*/s/* Katherine J. Odenbreit
KATHERINE J. ODENBREIT